```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF LOUISIANA

 3                 LAKE CHARLES DIVISION

 4   _____

 5
     ERLINE THIBODEAUX          CIVIL ACTION
 6
          Plaintiff
 7                              NO. 2:22-cv-06252
     VERSUS
 8                              JUDGE JAMES D. CAIN, JR.
     STATE FARM FIRE AND
 9   CASUALTY COMPANY           A JURY IS DEMANDED

10        Defendant

11   _____

12

13

14

15        Deposition of ELRINE THIBODEAUX taken

16     February 29, 2024 via Zoom video conference.

17

18

19

20

21

22

23
     COURT REPORTER:  CYNDIE L. MCMANUS, CCR, CDR
24                    Certified Court Reporter

25
```

*New Orleans 504.522.2101*                                    *North Shore 985.206.9303*
*Toll Free 800.526.8720*        SerpasCourtReporting.com      *Baton Rouge 225.332.3040*

**Exhibit B**

Page 2

```
 1  APPEARANCES:
 2
    Mr. Lantz Savage
 3  ROBICHAUX MIZE WADSACK, LLC
    1777 Ryan Street
 4  Lake Charles, LA 70601
    (337) 717-2200
 5  las@rmwlegal.com
 6  COUNSEL FOR PLAINTIFF
 7
    Ms. Megan T. Jaynes
 8  WANEK KIRSCH DAVIES, LLC
    1340 Poydras Street, Ste. 2000
 9  New Orleans, LA 70112
    (504) 324-6493
10  mjaynes@wkdlawfirm.com
11  COUNSEL FOR DEFENDANT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           STIPULATION
 2           It is hereby stipulated and agreed by
 3  and between counsel that the deposition of Elrine
 4  Thibodeaux, shall be taken on behalf of Defendant
 5  for all purposes as provided for in the Federal Rules
 6  of Procedure on February 29, 2024 commencing at
 7  10:12 a.m. before Cyndie L. McManus, CCR a certified
 8  court reporter of the State of Louisiana.
 9           All formalities in connection with the
10  taking of said deposition are hereby waived with the
11  exception of the swearing of the witness and the
12  reduction of the questions and answers to writing by
13  said reporter, the witness wishing to reserve her
14  right to read and sign the deposition transcript.
15           It is further stipulated and agreed that
16  all objections, except as to the form of the question
17  and responsiveness of the answer, may be made at the
18  time of the deposition or any part thereof may be
19  offered in evidence and need not be entered at the
20  time of the taking of the deposition.
21
22
23
24
25
```

Page 4

```
 1              INDEX OF EXAMINERS
 2
 3
 4  EXAMINATION BY:
 5
 6  Ms. Jaynes ------------------------------- pg.  5
 7
 8
 9
10
11
               INDEX OF EXHIBITS
12
13
14  Exhibit A - Collection Letter dated 2/1/23
15  Exhibit B - Photos of Thibodeaux home post-hurricanes
16  Exhibit C - Photos after repair to Thibodeaux home
18
19
20
21
22
23
24
25
```

Page 5

```
 1              ELRINE THIBODEAUX
 2  after first being duly sworn to tell the truth, the
 3  whole truth and nothing but the truth, was examined
 4  and testified as follows:
 5  EXAMINATION BY MS. JAYNES:
 6  Q   Good morning, Mrs. Thibodeaux.  My name is
 7      Megan Jaynes.  I am a lawyer with State Farm.
 8      I represent State Farm in the lawsuit that you
 9      filed against it for damages resulting from
10      Hurricane Laura.  Can you hear me,
11      Mrs. Thibodeaux?
12  A   Yes.
13  Q   Okay.  I'm sure your attorney kind of talked to
14      you about what to expect today.  But, what I'm
15      going to do is kind of talk to you about some
16      ground rules.  You've already done a great job.
17      If I ask you a question, I ask that you respond
18      verbally with a yes or a no.  Ms. McManus is
19      taking down everything that we say.  And so, if
20      you nod your head like this or like this, you
21      know, up and down, side to side, it's hard for
22      her to transcribe that.  And, then when Lantz
23      and I go look at this, it's going to be
24      difficult for us to determine what your answer
25      was.  So, for purposes of a clean transcript,
```

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720    SerpasCourtReporting.com    Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

6..9

Page 6

1    can you say yes or no, and, if you need to
2    explain your answer, please feel free to do so.
3    Do you understand?
4   A   I understand, yes.
5   Q   Okay, great. I tend to speak very quickly. So,
6    if I speak quickly, if you can't understand what
7    I'm saying or, if you just don't understand my
8    question, please let me know and I'll slow down
9    or do my best to ask the question a different
10    way so you understand it. Is that fair?
11  A   Yes.
12  Q   Great. If you need a break at any time, please
13    let me know if you need to go to the restroom.
14    I'm happy to accommodate. I just ask that you
15    not take a break in the middle of questioning.
16    Is that okay?
17  A   Yes.
18  Q   Okay, great. Also, we're going to try our best
19    not to talk over each other. I ask that you let
20    me ask my question completely and then you
21    answer. And, I will offer you the same
22    accommodation. I will let you finish your
23    answer completely before I respond, again, just
24    so the court reporter here can take down
25    everything we say and the transcript isn't

Page 7

1    cluttered and we're not talking over each other;
2    okay?
3   A   Okay. But, I want you to know I'm a little hard
4    of hearing.
5   Q   Yes, ma'am. And, if you can't hear something
6    I'm asking, just please ask me to repeat it and
7    I'll do that; okay?
8   A   Yes.
9   Q   Great. And, you understand that the testimony
10    you are giving today is under oath; correct?
11  A   Yes.
12  Q   And, it's important to tell the truth; right?
13  A   Yes.
14  Q   Okay, great. Have you ever given a deposition
15    before, Mrs. Thibodeaux?
16  A   No.
17  Q   Okay. All right. Other than speaking with your
18    attorney, have you talked to anyone else about
19    your deposition today?
20  A   No.
21  Q   Okay.
22  A   (Unintelligible)
23  Q   I'm sorry?
24  A   I'm sorry, too. (Unintelligible)
25    MS. JAYNES:

Page 8

1    Lantz, she's muffled. I can't -- I
2    don't think we can hear what she's saying.
3   MR. SAVAGE:
4    I'm sorry, what?
5   THE WITNESS:
6    (Unintelligible)
7   COURT REPORTER:
8    I'm not getting that.
9   MS. JAYNES:
10    Lantz, we can't hear what she's saying.
11    She's going in and out. Is there any way to
12    help fix that?
13  COURT REPORTER:
14    Is there perhaps a microphone on the
15    table that can be moved closer to her?
16  MR. SAVAGE:
17    Well, I can't because it's mounted to
18    the television, so there is no other way.
19    Maybe if you move closer, Mrs. Thibodeaux.
20  THE WITNESS:
21    Closer to the TV?
22  MR. SAVAGE:
23    Get close to the TV. The microphone is
24    going to be up there.
25  THE WITNESS:

Page 9

1    Is this good?
2   MR. SAVAGE:
3    Yeah. That should be good. Try again.
4    All right. Try again.
5   THE WITNESS:
6    Can you hear me now?
7   MS. JAYNES:
8    Yes, that's better. Cyndie is that good
9    for you?
10  COURT REPORTER:
11    Yes. Thank you.
12  MS. JAYNES:
13    Okay. What did I ask, Cyndie, before?
14    Did I just say did you speak to anybody about
15    this deposition?
16  COURT REPORTER:
17    Right.
18  MS. JAYNES:
19    Other than your attorney?
20  COURT REPORTER:
21    Right, and she said no.
22  BY MS. JAYNES:
23  Q   What were you saying when you were muffled,
24    Mrs. Thibodeaux? I missed that. You were
25    saying that you've asked someone to pray for

ELRINE THIBODEAUX on 02/29/2024

Page 10

1    you.
2  A  Yes.  You asked me if I spoke to someone, and I
3     said no, but I said I asked a girlfriend to --
4     I'd be here and to pray for me.  That's the only
5     person I told.
6  Q  You said a girlfriend?
7  A  A girlfriend.
8  Q  Okay, okay.
9  A  I told her I was coming here and to pray for me.
10    That was a little joke.  I'm sorry.
11  Q  No.  I understand.  I just couldn't hear you,
12     Mrs. Thibodeaux.  That's all.  Prior to your
13     deposition this morning have you reviewed any
14     documents in preparation for today?
15  A  Well, no.  I just spoke to him, but I didn't
16     review anything.  My son is taking care of that.
17  Q  Okay.  So, you did not review any documents in
18     preparation for your deposition today; correct?
19  A  Well, a few papers my son and the lawyer were
20     speaking about.  That's the only thing that we
21     were speaking about.  That's the only thing.
22  Q  Okay.  What were y'all talking about?
23     MR. SAVAGE:
24         I'm going to object to privilege on
25     that.

Page 11

1     MS. JAYNES:
2         Well, if the son was present, he's not a
3     party, so the privilege is broken.
4     MR. SAVAGE:
5         Well, I mean, the client is 87 years
6     old.
7     MS. JAYNES:
8         I understand, Lantz, but the privilege
9     is not there.  So, if y'all met, then
10     arguably there is no privilege there, so.
11     MR. SAVAGE:
12         Object to the form.
13  BY MS. JAYNES:
14  Q  You and your son met with Mr. Savage?
15  A  Repeat.
16  Q  Did you and your son meet with Mr. Savage before
17     the deposition and review documents?
18  A  If I spoke to him?
19  Q  You said --
20  A  Repeat.
21  Q  Sure.  So, did you review documents with your
22     son and Mr. Savage before this deposition?
23  A  No.  I listened to them.
24  Q  You listened to them?
25  A  They said the, uh -- (unintelligible) -- about

Page 12

1     the papers that he copied, and he was just --
2     (unintelligible) and that's all.  --
3     (unintelligible) -- because my son is all taking
4     care of it despite everything, and so he was
5     speaking to Mr. Savage because he had to go back
6     home to get his papers.
7  Q  Do you know if he --
8  A  But --
9  Q  Oh, I'm sorry.
10  A  So, mostly, uh, they were talking about the
11     papers he went and got, and I was talking about
12     that to, uh -- I'm old and they --
13     (unintelligible) -- some work to pay my, uh, my
14     premiums.  And, he put it on a card that I'm not
15     even using, and I never had a late payment.
16     And, my home is all I have, and that's all I was
17     saying, so.
18  Q  Okay.
19  A  We did the best we could and, if you have that
20     much stuff, why didn't you give us some warning
21     or something if you weren't satisfied with
22     something?  I satisfied you.  I satisfied you
23     because I was never late with my premiums.
24  Q  Okay.  The documents that Mr. Savage and your
25     son reviewed, what were those documents?

Page 13

1  A  Like from the, uh -- it was about the contents
2     of maybe the, uh -- from my, uh -- the hotel
3     receipts and stuff like that, things that we had
4     to do, and my son gave him some copies of stuff,
5     and that's it.
6  Q  Okay.
7  A  And, I spoke about my house.
8  Q  I'm sorry, what did you just say?
9  A  I spoke about my house.  I'm old and I can't
10     even keep up with my house anymore.  I'm here,
11     but I was never late with my payments --
12  Q  Yes.  You said spoke about --
13  A  -- because -- (unintelligible) -- because -- to
14     do -- and that's the only way I could keep up
15     with my insurance.
16  Q  I'm sorry, I missed that.  Did you get that,
17     Cyndie?
18     COURT REPORTER:
19         No, I did not.
20  A  I appreciated the separation for six months
21     instead of a whole year -- a whole year, because
22     I could keep up with it.  And, that's one of the
23     reasons I go with State Farm is because they
24     allowed us to split our payments every six
25     months instead of every year.  But, I was never

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

14..17

Page 14

1  late with my payment, but I never heard -- I
2  never had a complaint from State Farm saying,
3  well, you better do this or you better do this.
4  Naturally, my children see more than I'm seeing
5  because most of the time I'm in the house and
6  I've got to where my body won't let me work
7  anymore.  All you -- (unintelligible)
8  COURT REPORTER:
9      I'm still --
10  MS. JAYNES:
11      Wait, wait.  I'm sorry, Lantz, to cut
12  your client off, but we just -- We just can't
13  understand what she's saying, Lantz.  Can we
14  somehow help, I mean, get a mic?  Can we
15  detach the microphone from the TV or do
16  something to help this?
17  MR. SAVAGE:
18      Well, the microphone is mounted to the
19  TV, so there is nothing I can do.
20  MS. JAYNES:
21      I'm not really understanding what she's
22  saying.  I don't know if Cyndie is either.
23  COURT REPORTER:
24      It's very broken.
25  MS. JAYNES:

Page 15

1      I don't know.  I don't want this to be a
2  six-hour deposition because we can't
3  understand what's being said.
4  THE WITNESS:
5      My son --
6  MS. JAYNES:
7      No, no, wait, Mrs. Thibodeaux, I'm
8  sorry.  Lantz, is there another room that has
9  another mic?  Like is there something else
10  like another room we can go into that has a
11  detached microphone or something?
12  MR. SAVAGE:
13      No.  This is all we've got.  This is the
14  only conference room that's made for this.
15  MS. JAYNES:
16      I just have concerns, Lantz.  I mean, I
17  didn't know that this was -- I mean,
18  typically, the microphone is on the deponent.
19  So, and I don't -- I can't understand her.
20  Cyndie can't understand her.  It's just going
21  to be a useless effort.  And, I want to move
22  forward.  I'm ready to move forward.  I'm
23  prepared.  I know your clients are here.  I'm
24  just trying to figure out how this works
25  without us asking her to repeat her answer 17

Page 16

1      times for every question.
2  MR. SAVAGE:
3      Well, this is all we've got.
4  COURT REPORTER:
5      And, we can hear you fine.  We just
6  can't -- Her responses are very broken.
7  MS. JAYNES:
8      Yeah.  We can try again and maybe you
9  can speak a little slower, Mrs. Thibodeaux.
10  We can see if we can make some progress here,
11  but --
12  A  You wanted to know what we had talked about or
13  what we went through.  So, I said I appreciate
14  State Farm.  They let us pay our note every six
15  months, but I never was late.  And, I can't do
16  most of nothing at my home.  I am a widow from
17  '77.  And, if State Farm was so dissatisfied
18  with the way things were going, we never had any
19  complaints.  And, I appreciate us having it for
20  every six months.  But, the thing that was done
21  -- Elrine Thibodeaux can't do anything anymore.
22  So, but I never had a complaint from State Farm.
23  So, (unintelligible) -- the way the house is.
24  Well, it's kind of a job to keep up with my
25  payment.

Page 17

1  Q  You said it's a job to keep up with your
2     payment?  Did I hear that correctly?
3  A  I'm saying that it's my responsibility, and I
4     thought I was doing fine because I never -- I'm
5     never late for my payment.
6  Q  And, you're talking about your mortgage payment;
7     correct, Mrs. Thibodeaux?
8  A  Pardon?
9  Q  You're talking about your premium for your
10     insurance?  I just want to make sure.
11  A  (Unintelligible)
12  Q  I'm sorry?
13  A  (Unintelligible)
14  COURT REPORTER:
15      I'm getting nothing.
16  MS. JAYNES:
17      Lantz, give me a second.  We just
18  can't understand her.  And, I'm sorry,
19  Mrs. Thibodeaux.  I've done many Zoom
20  depositions and really never had an issue
21  before, so I didn't think this would be a
22  problem.  Give me one second.  We're going to
23  pause.
24  (Off the record)
25  BY MS. JAYNES:

Page 18

1  Q  Mrs. Thibodeaux, you talked about making timely
2      payments.  You're talking about your insurance
3      premium; correct?
4  A   Question?
5  Q   You talked about making timely payments to State
6      Farm.  You're talking about your insurance
7      premium; correct?
8  A   Yeah.  I was just saying that because that was
9      one of the things that we spoke about and which
10     was put in because, after I was told that they
11     were so dissatisfied with the house, that's one
12     of the reasons that they made.  And, I said I am
13     never late with my notes on my car or my house,
14     and State Farm never made a complaint, so I did
15     what I could.
16        I'm an old lady now with scoliosis, but
17     that's not important; but it's just I'm just
18     giving you my reason why I'm upset because of
19     what I know of what's going on.  And, all I can
20     say is I did my part.  And, of course, I can't
21     keep my house like I did up when I was younger.
22     And, that's one of the things that State Farm
23     has given us for not being satisfied with the
24     bills, and I'm just saying I did my part.
25        And, whenever they did have something, a

Page 19

1      storm or something, State Farm never gave me
2      enough to put a roof on my house.  I had to be
3      looking for somebody that I could afford.  I
4      did.  I thought I had done everything the way
5      they wanted me to do.  I paid my bills and there
6      is nothing more that I can do, of course.  Well,
7      ask me whatever you want.
8  Q   You said you're upset because you know what's
9      going on.  What did you mean by that?
10 A   Well, because State Farm doesn't agree to pay
11     the man that repaired my home and the reason I'm
12     here.  So, I'm telling you I did -- I thought I
13     did things right that satisfied them, and I
14     don't see why, because you're saying the way my
15     home looked.  And, for an old woman that can't
16     do anything else, and for young people that's
17     not the most important thing to them.  And, of
18     course, I could do that job when I was younger,
19     but that's all I'm saying.  I'm just making my
20     excuse.  So, what else would State Farm want
21     from me?  I did my part very well.
22        And, when the storm came, I'm saying
23     this, most of the time -- just about all of the
24     time all State Farm had to pay was to put a new
25     roof, and I had to be always looking for someone

Page 20

1      that was cheap cheap because State Farm never
2      gave me enough money for what the repair men
3      were asking.  Now, that's all I done and that's
4      -- I hope that satisfies.  Ask me what you want.
5  Q   Okay.
6  A   My home, of course, is an old home.  I know that
7      because of all the fabulous homes around my
8      house.  but, I am an old woman that did the best
9      she could, and I thought it was okay with State
10     Farm.  And, what I have I'd like to keep it.
11     And, that's one reason I'm upset because I don't
12     want to lose my house, and I've been alone since
13     1977, and I always did -- I always paid my
14     bills.
15 Q   Why would you lose your home, Mrs. Thibodeaux?
16 A   Pardon?
17 Q   Why would you lose your home?
18 A   Well, I don't know.  I don't know what's coming
19     up.  What's coming up?  I don't know exactly
20     everything that's going on.  If you don't feel
21     you can't pay the men and the company that
22     repaired my house, well -- well, I feel
23     responsible, too.
24     MR. SAVAGE:
25        They received a collection letter from

Page 21

1      an attorney's office, and I'm going to send
2      that to you today.
3      MS. JAYNES:
4          When did they receive that?
5      MR. SAVAGE:
6          I'll send it to you right now.  Let's
7          see.  February 1st, 2023.
8  BY MS. JAYNES:
9  Q   Okay.  So, Mrs. Thibodeaux, you received a
10     collections letter from an attorney's office in
11     February of 2023?
12 A   Repeat.
13 Q   Did you receive a collections letter from an
14     attorney's office in February of 2023?
15 A   If I was here?
16 Q   Hold on.  I just got it from Lantz.
17 A   Repeat.
18 Q   Hold on, Mrs. Thibodeaux.  I'm looking at the
19     collections letter.  Give me a second, please.
20     Okay.  Lantz just sent me an e-mail.  It's a
21     letter from Provosty, Sadler & deLaunay.  I
22     guess that's how you say it.  They're a debt
23     collector.  This is dated February 1st, 2023.
24     We'll attach it as Exhibit A.  It's a letter
25     indicating that they are trying to collect a

Page 22

1    debt that is owed to Bautista Group. The total
2    amount of the debt is $4,029.75. It appears to
3    be based off of an invoice from Bautista Group
4    for roof replacement, the total of that being
5    $12,990. This indicates that they have been
6    paid $8,960.25. Is this the only letter that
7    you received from them, Mrs. Thibodeaux?
8  A  Well, if they sent a letter to me, my son took
9    care of it, but I don't know anything about it.
10   And, I'm sure he told me if it was something
11   important. He would tell me.
12 Q  Okay.
13 A  But, I really don't know what you're talking
14   about.
15 Q  Are you aware that an attorney's office sent you
16   a collection letter seeking a little over
17   $4,000?
18 A  Oh, the company that repaired my roof.
19 Q  Yes. You've seen that letter before?
20 A  My son told me that he had a receipt, I mean a
21   letter from the company that repaired the roof
22   because they, uh -- for what we couldn't pay,
23   they would speak to the insurance. So, that's
24   the only thing I can remember about $4,000. It
25   was a bill concerning the $4,000 or so that we

Page 23

1    owed them because they repaired my roof, and
2    they accepted the money the State Farm had given
3    us and they said they was going to talk to my
4    insurance company and my insurance company would
5    pay them. Now, that's what was said.
6  Q  The attorneys that sent this letter to you told
7    you that they would talk to State Farm about
8    this letter?
9  A  When it was done. But, we received another
10   letter about the money owed, and Stephen told me
11   what he thought I knew. The most important
12   thing he said was that that was about the money
13   we owed to repair the roof, and he was going to
14   give the lawyer the letter and talk to him about
15   that, so.
16 Q  What lawyer are you referring to, your lawyer?
17 A  Yes.
18 Q  Okay. Do you know whether this letter dated
19   February 1st, 2023 was ever sent to State Farm?
20 A  I told you you'll have to ask my son.
21 Q  Okay.
22 A  Because I don't know anything about the letter
23   that was sent to the lawyer. Stephen handled
24   it, my son. You'll be able to speak to him
25   after you finish talking with me.

Page 24

1  Q  I understand, but it's my job to ask you
2    questions right now about what you know; okay?
3  A  I am old and I'm doing the best I can.
4  Q  I appreciate you being here and I understand.
5    Okay. So, I would have to ask Stephen about
6    this letter. You did not send this letter to
7    State Farm dated February 1st, 2023; correct?
8  A  Not that I know of. My son, Stephen, is -- is,
9    uh -- I can't tell you yes or no, and that's
10   when he told you about the money owed. That's
11   all I know.
12 Q  Okay. Have you received to your knowledge any
13   other collection letter from any other attorney
14   seeking to recover a debt?
15 A  Not that I know of.
16 Q  Okay. Mrs. Thibodeaux, it's fair to say that
17   your son, Stephen, has been assisting you with
18   the handling of this claim; correct?
19 A  Repeat.
20 Q  Your son, Stephen, has been assisting you with
21   the handling of your hurricane claim; correct?
22 A  He's handling it and I'm telling him what best
23   as I can, but he's the one that does all the
24   paperwork and the copies and speaks to the
25   lawyer, and I can only tell you what I know and

Page 25

1    I don't know.
2  Q  Okay. What is Stephen's full name,
3    Mrs. Thibodeaux?
4  A  That's it, Stephen Thibodeaux.
5  Q  Does he have a middle name?
6  A  Pardon?
7  Q  Does he have a middle name?
8  A  No, he doesn't.
9  Q  Okay. Does Mr. Thibodeaux live with you at the
10   Guy Street address?
11 A  Yes.
12 Q  How long has Mr. Thibodeaux lived with you at
13   the Guy Street address?
14 A  Well, I don't know exactly because he got
15   married, and when things didn't work out he came
16   back and meet Mama, but I can't tell you the
17   exact date.
18 Q  Can you tell me a year?
19 A  Pardon?
20 Q  Can you tell me -- I understand you may not know
21   an exact date, but can you give me like a year?
22   Was it in 2010, 2015? Do you have any idea
23   about a year when he moved in with you?
24 A  Well, he was there before, uh -- before 2010.
25   Well, he was home then, but the exact date that

New Orleans 504.522.2101          SerpasCourtReporting.com          North Shore 985.206.9303
Toll Free 800.526.8720                                              Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

26..29

Page 26
1     he came I can't remember.
2  Q    But, you think he moved in with you before 2010?
3  A    Well, some -- I don't know exactly.
4  Q    Okay.  Mrs. Thibodeaux, can you please state
5        your full name for the record?
6  A    Elrine Marie DeJean Thibodeaux.
7  Q    Can you spell that name before Thibodeaux,
8        please?
9  A    D-e-J-e-a-n.
10 Q    DeJean?
11 A    DeJean.  That's my middle name, I mean, my
12       maiden name.
13 Q    Thank you.  What is your date of birth,
14       Mrs. Thibodeaux?
15 A    5/5/37.  May 5th.
16 Q    Okay.
17 A    1937.  I'll be 37 years old.
18       MR. SAVAGE:
19            37 years old?
20 A    Oh, I'm sorry.  Oh, God.  I'm not that senile.
21 Q    Mrs. Thibodeaux, I ask everyone this, so please
22       don't take offense, but have you taken any
23       medications in the past 24 hours?
24 A    No.  I take blood pressure medication, but I
25       didn't take it.

Page 27
1  Q    Did you take your blood pressure medicine?
2  A    I took my blood pressure medicine yesterday
3        morning.
4  Q    Yesterday morning, okay.
5  A    I never used drugs and from here on, and all I
6        do now is to have one margarita on my birthday.
7  Q    I think that's fair to have a drink on your
8        birthday, Mrs. Thibodeaux.  I think you need to
9        celebrate.  I'm going to ask you to give me your
10       Social Security, please.  But, Cyndie, please
11       only put the last four digits on the transcript.
12 A    6835.
13 Q    Can you tell me the first five digits?
14 A    Okay.  Now, with all these questions this is the
15       first time I can't remember my Social Security
16       number.  XXX-XX-6835.
17 Q    Okay.  XXX --
18 A    XXX-XX-6835.
19 Q    6885 is the last four?
20 A    Uh-huh.  XXX-XX-6835.
21 Q    6835.  Thank you.  And, do you currently reside
22       at 2720 Guy Street in Lake Charles, Louisiana?
23 A    Right.
24 Q    Okay.  How long have you lived at that property,
25       Mrs. Thibodeaux?

Page 28
1  A    19 -- Oh, I can't remember.  '73.
2  Q    Okay.  So, about 50 years.  Is my math right on
3        that?
4  A    I didn't bother to add.
5  Q    Do you own that house, Mrs. Thibodeaux?
6  A    Yes.
7  Q    Do you know when your house was built?
8  A    No.
9  Q    Do you know how much you purchased your house
10       for in 1973?
11 A    Pardon?
12 Q    Do you know how much you purchased your home for
13       in 1973?
14 A    I think it was $21,000, somewhere around there.
15       I can't give you exactly.
16 Q    That's fine.  Do you still have a mortgage on
17       your property?
18 A    No.
19 Q    How long have you not had a mortgage for,
20       Mrs. Thibodeaux?
21 A    Pardon?
22 Q    When did you pay off your mortgage; do you
23       remember?
24 A    I don't remember, but it was after my husband
25       died.

Page 29
1  Q    And, when did your husband die?
2  A    He had a heart attack in his sleep.
3  Q    I'm sorry to hear that.  Do you recall the date
4        that that happened, Mrs. Thibodeaux?
5  A    Yes.  February 26th, 1977.
6  Q    Okay.  Do you know how many square feet your
7        house is?
8  A    No.  Since the repairs I was looking for my
9        papers because I wanted that in case, but I
10       couldn't find it yet.  Some of it is still
11       packed, so I don't remember.
12 Q    I'm sorry, what did you just say,
13       Mrs. Thibodeaux?  I didn't hear you.
14 A    I don't remember.
15 Q    Okay.  How many bedrooms is in your home?
16 A    Three.
17 Q    You said two?
18 A    Three bedrooms.
19 Q    Three, okay.  How many bathrooms?
20 A    Two.
21 Q    How many other rooms in your house,
22       Mrs. Thibodeaux, besides the three bedrooms and
23       two bathrooms?
24 A    Kitchen, den, and there is a living room.
25 Q    The living room and the den are two separate

Page 30

1    rooms?
2  A    Pardon?
3  Q    The living room and the den are two separate
4    rooms?
5  A    Well, the kitchen is -- it was all together, but
6    -- and the living room is a large room, but
7    that's closed in, my living room.  And, the den
8    and the kitchen is kind of adjoining because of
9    the way everything is made.  The den and the
10    kitchen is almost the same.  It's just separated
11    with the furniture.
12  Q    Okay.  Other than Stephen, who else lives with
13    you at that property at the Guy Street address?
14  A    Whoever goes?
15  Q    Other than Stephen, does anyone else live with
16    you at that Guy Street address?
17  A    No.
18  Q    Does Stephen pay rent to you to live at the Guy
19    Street address?
20  A    Pardon?
21  Q    Does Stephen pay rent to live at the Guy Street
22    address?
23  A    After a while maybe.  He helps me out.
24  Q    What do you mean by that?
25  A    Well, I think at first -- Well, when he was

Page 31

1    making more money than he does now.  He did for
2    a while because he could afford to.
3  Q    Okay.  How much was he paying in rent to you
4    when he could afford to do it?
5  A    He would give me $300 every two weeks.
6  Q    Do you recall when he paid rent, when this was,
7    what year?
8  A    Oh, my God.  I don't know.  Maybe it was before
9    the 10th, before 2010, but I cannot tell you
10    exactly, but it was around 2010 or a little bit
11    before.
12  Q    And, around 2010 he stopped paying you rent?
13  A    Well, he changed his job and he wasn't making
14    half the money.  So, I didn't -- We didn't talk
15    about it.  He helped me whenever.  He'd do
16    anything.  He's that type of young man.  He
17    would do anything for Mama and give Mama
18    anything she wanted.
19  Q    So, after 2010 he did not pay you any rent
20    though; right?
21  A    I don't remember.  I do not remember exactly an
22    amount because we didn't have -- we didn't make
23    no special arrangements.  It's just he helped me
24    when I wanted some help or if I would ask him
25    for something.  He wasn't paying no rent.  He

Page 32

1    was just helping Mama with anything.
2  Q    Okay.  So, there is no lease agreement between
3    you and your son; correct?
4  A    No what?
5  Q    There was no lease agreement between you and
6    your son?
7  A    Oh, no.
8  Q    Has he paid rent in the past five years to you?
9  A    No, but he helps Mama.
10  Q    How did he help?
11  A    He's paying the cable bill now.  That's the most
12    expensive.  My son is the type of young man that
13    he would do anything Mama wanted.
14  Q    Okay.  So, you said he helps you out.  He pays
15    the cable bill; correct?
16  A    Yes.
17  Q    He pays that every month?
18  A    Yes.
19  Q    How much is your cable bill per month,
20    Mrs. Thibodeaux?
21  A    Oh, my God, I don't know.  It's $600 -- not
22    $600.  I have forgotten.  It was $300-something
23    I think now, $300-and-something, but I don't
24    remember the exact amount, and he can tell you
25    that, the amount.

Page 33

1  Q    What else does Stephen pay for while he lives
2    with you?  Does he pay for groceries or anything
3    other --
4  A    Yes, yes.  There is nothing written or anything.
5    My son is -- He treats me like a child
6    sometimes.  He pass by the store and he bring
7    Mama this.  And, if Mama is upset, he got a bag
8    of candy somewhere, and he'll show me what he
9    has for me and I'll get happy.  And, if he pass
10    for a frozen drink, he'll bring Mama a frozen
11    drink.  That's the type of young man that he is.
12    His brother used to laugh and say Mama was his
13    best friend.
14  Q    Okay.  I'm not sure about the answer to my
15    question on that, Mrs. Thibodeaux.
16  A    Ask it again.
17  Q    Does your son, Stephen, other than the cable
18    bill, does he pay for your groceries or any
19    other utilities on the property?
20  A    Well, just about every day.
21  Q    How much does he --
22  A    If I ask him for some groceries, I'll make him a
23    list and he'll go and buy it.
24  Q    Okay.  So, he buys the groceries for your house;
25    correct?

New Orleans 504.522.2101
Toll Free 800.526.8720                    SerpasCourtReporting.com                    North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

Page 34

1  A   Nothing set in -- in -- He buys some things.  I
2      buy some things.
3  Q   Okay, okay.
4  A   If I give him a list, then I'll pay for it
5      sometimes.
6  Q   How much do you spend on groceries a month, you
7      yourself, Mrs. Thibodeaux?
8  A   No special, because Mama don't do what she used
9      to do.  Mama can't cook every day.  And, most of
10     my children, if he comes, he'll pass for lunch
11     for him and he'll bring me one.  So, we're
12     buddies.  He's a wonderful son.
13 Q   Do you know how much your son pays in groceries
14     every month, Mrs. Thibodeaux?
15 A   No.
16 Q   Okay.  Do you know what other utilities he pays
17     for besides cable for the Guy Street address?
18 A   Well, he gave me a phone and he pays that.
19     That's a cellular phone.  He pays that.  I don't
20     pay anything on no phone bill, so he pays that.
21 Q   Who pays your water bill?
22 A   I do.
23 Q   Okay.
24 A   I write a check.  I write a check and he takes
25     it and he mails it.

Page 35

1  Q   Okay.  So, when talking about utilities like
2      that, water bills, things of that nature, other
3      than the cable bill, is that what you pay for?
4      You pay for that?
5  A   No.  I told you that's what he pays.  My
6      utilities come and he gives them to me, and he
7      fixes my phone, uh -- my cable bill.  I don't
8      see it anymore.
9  Q   I'm sorry, Mrs. Thibodeaux, I thought you just
10     said that you cut the check for the water bill.
11     Is that not right?
12 A   No.  He pays the cable.  He pays the cable bill
13     without telling me anything.  My utilities, when
14     they comes in, I'll make the check out and put a
15     stamp on it.  I make it out and I write a check
16     and he'll mail it.
17 Q   Okay.  Do you know how much your water bill is a
18     month, Mrs. Thibodeaux?
19 A   Oh, my God, no, no, no.  Sometimes it's low.
20     Sometimes it's high.
21 Q   Okay.  Have you ever lived, uh -- Well, I'm
22     going to ask you this.  Where did you live
23     before you bought this house in 1973?
24 A   1313 -- let me see.  1314 Booker Street.  We had
25     a little home there.

Page 36

1  Q   Is that in Lake Charles?
2  A   Yes.  Booker Street, Lake Charles, Louisiana.
3      And the house became old.  At first, years ago,
4      we used to rent it.  And, after that some --
5      well, anyway, they told us some drug addict went
6      in there and set it on fire.  So, all that I had
7      -- I had it cleaned out, and so there is no home
8      on it, only on Guy Street.
9  Q   Other than Stephen, do you have any other
10     children?
11 A   Pardon?
12 Q   Other than Stephen, do you have any other
13     children?
14 A   I have two more sons.
15 Q   What are their names?
16 A   David Thibodeaux, and the next oldest one, I
17     mean, the baby is the baby, Dennis Dwayne
18     Thibodeaux, or David -- excuse me.  The youngest
19     is David Wayne Thibodeaux, and the next oldest
20     is Dennis Dwayne Thibodeaux.
21 Q   Do they live in Lake Charles, Mrs. Thibodeaux?
22 A   Yes.
23 Q   Has either David or Dennis helped you with this
24     hurricane claim at all?
25 A   Well, not lately.  But, let me tell you, Dennis,

Page 37

1      uh, we have kind of a joint agreement.  And,
2      when he sees Mama bill coming down low, Dennis
3      would go put $1,000 in my checking account.
4      That's the kind of children I have.
5  Q   Okay.  Say that again.  I'm sorry, I kind of
6      missed that.  You said when what happens he
7      would put $1,000 in your bank account?
8  A   I said my checking account is like adjoining
9      with Dennis' bank account.  And, when he sees my
10     account is getting too low, he'll put $1,000 in
11     it.
12 Q   Okay.
13 A   And, on my birthday, too.  When he felt I needed
14     it, he'd put $1,000 in a card.  I don't want to
15     brag, but I raised them gentlemen and some
16     children that love their mother, and I raised
17     them by myself.  Sometimes I was tough.
18 Q   Who do you bank with, Mrs. Thibodeaux?
19 A   Let me see.  What banks do they have in Lake
20     Charles?  Lord, have mercy.  Chase, JP Morgan
21     Chase Bank account, Bank NA, JP Morgan Chase
22     Bank.
23 Q   Do you have both your savings and checking with
24     Chase?
25 A   I don't have no savings.  I just have a

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com     Baton Rouge 225.332.3040

Exhibit B

Page 38

1  checking.
2  Q   Okay.  What branch do you go to in Lake Charles?
3      Do you know the address of it?
4  A   Yeah.  It's Moeling and Martin Luther King at
5      the corner right there.
6  Q   You mentioned that, and maybe misunderstood, so
7      please let me know; you and Dennis share an
8      account so he can put money in.  So, like how
9      does that work?
10 A   Oh, well, he oversees my account.  And, it's
11     just when he feels I would need it.  He would
12     look at my bank account, I guess on his
13     computer, and he would say, Mom, I put you a
14     little bit of money.  And, when he felt -- He
15     doesn't do that anymore, I guess, or when I do,
16     when I need it, it's when I need it, but that's
17     what he would do.  My bank account is the same
18     with his, his accounts.  And, when he would see
19     my account has gone too low, he would put me
20     $1,000 in my account.
21 Q   So, he has access to your account; correct?
22 A   Yeah.
23 Q   Okay.  When is the last time he put money in
24     your account, Mrs. Thibodeaux?
25 A   I don't know.

Page 39

1  Q   How often would he put money in your account?
2  A   When my account was low.
3  Q   Right.  How often would that be, once a month,
4      twice a month?
5  A   I don't know.  When I needed it.
6  Q   Do you share your checking account with anyone
7      or is it yours only?
8  A   No.  Stephen's account is in another bank.
9  Q   Okay.  And, you said he would deposit money on
10     your birthday every year; is that right?
11 A   Pardon?
12 Q   Dennis would deposit money in your checking
13     account on your birthday?
14 A   Or sometimes he would give it to me in a card,
15     but now he'll take me out to dinner and give me
16     my margarita.
17 Q   Okay.  Other than the claim we're here about
18     today, Mrs. Thibodeaux, have you made any
19     insurance claims before August 27, 2020?
20 A   No.  This is the first time that I ever had
21     something like this.
22 Q   Okay.  Have you ever, uh -- I just want to know
23     have you ever made a claim, any insurance claim,
24     after August 27, 2020?
25 A   No.  You'll have to ask Stephen, but no.  This

Page 40

1      is the first time we ever had something like
2      this.
3  Q   Okay.  How long have you been a State Farm
4      insured for?
5  A   How long?
6  Q   Yes.
7  A   Oh, you'll have to ask your computer, Bee,
8      because I don't remember.  I don't know.  For
9      years and years and years.
10 Q   Both homeowners and auto or just homeowners?
11 A   Homeowners.  I had my homeowners and my car.
12 Q   But, you don't know how long you have been an
13     insured for; correct?
14 A   No.
15 Q   Okay.  What was your former husband's name,
16     Mrs. Thibodeaux?
17 A   Leo Thibodeaux, Jr.  You said former husband?
18 Q   Yes, ma'am.
19 A   I only had one husband.
20 Q   That was my next question.  You've only been
21     married once to Mr. Leo; right?
22 A   Yep.
23 Q   How long were you married to Mr. Leo before he
24     passed away in February of 1977?
25 A   Let's see.  We got married in '60, 1960.

Page 41

1  Q   Okay.
2  A   He was --
3  Q   My understanding is that you are not currently
4      employed; correct, Mrs. Thibodeaux?
5  A   Pardon?
6  Q   You are not currently employed; correct?
7  A   No.  I'm retired.
8  Q   When did you retire?
9  A   2020.
10 Q   And, what was your career before you retired?
11 A   It wasn't 2020.  It was, uh, I guess, uh -- What
12     is it?  2001.  What is before 2001?
13 Q   2000.
14 A   Uh-huh.
15 Q   You retired in 2000?
16 A   May or April I think.  April of 2000.
17 Q   Okay.  What was your career at the time of your
18     retirement?
19 A   Well, I was a nighttime janitor.  That's why I'm
20     even older now because there was nothing Elrine
21     couldn't do.  She was running a buffer.
22 Q   You said a night house janitor?
23 A   Pardon?
24 Q   What did you say?  I'm sorry, I didn't really
25     understand what you said.

New Orleans 504.522.2101
Toll Free 800.526.8720

SerpasCourtReporting.com

North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

Page 42

1  A   I said yes, I was a janitor.
2  Q   Okay.
3  A   At McNeese.
4  Q   Where were you a janitor, Mrs. Thibodeaux?
5  A   McNeese, McNeese College.
6  Q   McNeese, got it.  Okay.  How long were you a
7      janitor at McNeese?
8  A   Pardon?
9  Q   How long were you a janitor at McNeese?
10 A   Oh, my God.  From 19 -- I'll say about maybe 28
11     years.
12 Q   20 years?
13     MR. SAVAGE:
14         28.
15 Q   28 years.  Thanks, Lantz.  Sorry, I can't hear.
16     After you retired in April of 2000, did you hold
17     any other jobs?
18 A   No.
19 Q   Have you held any other jobs through today?
20 A   No.
21 Q   Okay.  When you retired in April of 2000 how did
22     you -- where was your income coming from?  How
23     did you receive income?
24 A   When I retired?
25 Q   Yeah.  Did you get Social Security?

Page 43

1  A   I had -- I had a retirement check from the
2      State.  Yeah, I had a retirement.  It comes from
3      the State.  It's associated with McNeese, but
4      anyway, that's how they hire.  I'm one of the
5      people they hired through the State.  So, when I
6      retired, I retired from the State and I got a
7      little retirement there.
8  Q   You received a pension?
9  A   Yes, for my retirement for my -- from my, uh --
10     MR. SAVAGE:
11         Is it through LASERS?
12 A   It's from the State, the State of Louisiana, and
13     that works through McNeese College.  So, I would
14     work at McNeese and it was adjoining with the
15     State because right now I receive a check from
16     the State.
17 Q   So, since April of 2000 for your retirement
18     through today you receive a check from the
19     State?
20 A   Yes.
21 Q   Do you receive that monthly?
22 A   Yes.
23 Q   How much do you get a month from the State?
24 A   $700.
25 Q   Okay.  Any other form of income besides this

Page 44

1      retirement from the State?
2  A   My Social Security check, too.
3  Q   How much do you get in Social Security,
4      Mrs. Thibodeaux?
5  A   $1,000.
6  Q   A month?
7  A   I think so.
8  Q   Are you a Medicaid recipient?
9  A   Pardon?
10 Q   Are you a Medicaid recipient?
11 A   Yeah.  My insurance is -- (unintelligible)
12 Q   I'm sorry?
13 A   (Unintelligible)
14 Q   How long have you been receiving Social Security
15     for, Mrs. Thibodeaux?
16 A   When I retired.
17 Q   Okay.  So, since April of 2000 you have been
18     receiving about $1,700 a month from the State
19     and through Social Security; correct?
20 A   Yes.
21 Q   Any other income besides that?
22 A   No.  That's it.  Now, do you want to know the
23     color of my drawers?
24 Q   I'm sorry?
25 A   That was a joke.

Page 45

1  Q   I didn't hear you, I'm sorry.
2  A   Well, I'm glad you didn't hear me because I'm
3      getting tired and so I'm saying something ugly.
4  Q   What is your highest level of education,
5      Mrs. Thibodeaux?
6  A   High school at Holy Ghost School in Opelousas,
7      Louisiana, Holy Ghost Catholic School.
8  Q   When did you graduate high school?
9  A   '57.
10 Q   Any college?
11 A   Pardon?
12 Q   Any college?
13 A   No.
14 Q   Any other trade school after high school?
15 A   No.  That's it.
16 Q   Okay.
17 A   I had little jobs maybe in between there, not
18     much.  I worked a little bit at a drugstore, but
19     anyway, that's about it.
20 Q   All right.
21 A   Oh, before I got married I had two or three
22     jobs.  I worked at the laundry.  I worked at
23     poultry, and I was never -- I was never lazy and
24     that's the reason why I'm in this condition now.
25     I don't know if it's a good one or a bad one,

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com     Baton Rouge 225.332.3040

Exhibit B

Page 46

1     but I'm still here.  Excuse me, darling.  Finish
2     with your questions.
3  Q   You're talking about your condition.  Are you
4     talking about you have a physical condition?
5  A   Well, I have a crooked spine and I forget --
6     forget -- What did I tell you I had?  Scoliosis
7     is what the doctor told me.  He showed me my
8     spine is crooked and I have scoliosis, and
9     that's the reason I guess I can't do much work
10    now because there is pain, and sometimes I have
11    to go lie down because of the pain.  It comes
12    from everywhere.  But, anyway, that contributed
13    to the shape of my house because I cannot do it
14    anymore.
15 Q   All right.  Let's talk about your property.
16    Hurricane Laura made landfall on or about August
17    27th, 2020; correct, Mrs. Thibodeaux?
18 A   Repeat.
19 Q   Is it your understanding that Hurricane Laura
20    made landfall on August 27th, 2020?
21 A   Yeah, I guess so.  I'm not sure of that date,
22    but, yes.  What about it?
23 Q   Okay.  So, did you evacuate prior to Hurricane
24    Laura making landfall?
25 A   Yeah.  Not quite as early as some people, but we

Page 47

1     finally left and went looking for a motel, and
2     we went as far as Antonio, uh -- San Antonio.
3     That's where we were for the first hurricane.  I
4     was with my three sons.
5  Q   Okay.  When did you evacuate?  Do you remember
6     the date you left Lake Charles to go
7     towards San Antonio?
8  A   I guess it was right before when everybody had
9     been leaving.  We finally all got together, and
10    my son had his laptop and he checked, and we
11    found one in San Antonio, so that's where we
12    drove.
13 Q   Okay.  Before I get any further, so I
14    understand, who was with you?  It was you and
15    Stephen?  It was all your sons or who was with
16    you?
17 A   Two of, uh -- I mean Stephen, Dennis and David
18    and myself.  We were all together and we went to
19    San Antonio.  I don't know where it was if it
20    was a Hilton hotel.  I forgot.
21 Q   Were you all in one car?
22 A   Pardon?
23 Q   You were all in one car?
24 A   Yes.
25 Q   Okay.  Who drove?

Page 48

1  A   Dennis Thibodeaux.
2  Q   And, you went from Lake Charles straight to San
3     Antonio?
4  A   Yes.
5  Q   You said you can't remember how you got there;
6     right?
7  A   Pardon?
8  Q   Can you remember how you got there?
9  A   The last part of your question was what?
10 Q   I'm sorry.  Do you remember when you got there?
11    Was it the same day you evacuated?
12 A   How long we were there; is that what you're
13    saying?
14 Q   How long did it take you to get there?
15 A   Oh, that same day.  We got in San Antonio and
16    the sun was down.
17 Q   Do you remember how many hours it took to get
18    there?
19 A   No.  I don't know how many hours.
20 Q   Okay.  And, you stayed, you think, at a Hilton?
21 A   I think so.  Ask Stephen.
22 Q   Okay.  Do you know how much a night it was at
23    the Hilton to stay there?
24 A   No.
25 Q   Do you know who paid for you guys to stay at --

Page 49

1  A   We split the bills.
2  Q   Mrs. Thibodeaux, I'm going to ask that you let
3     me finish my question, please, before you
4     answer.  I know you probably know what I'm going
5     to ask you.  But, for purposes of the transcript
6     I'm going to ask that you let me finish my
7     question first.
8  A   Oh, I'm sorry, darling.
9  Q   That's okay.  That's okay.  It happens all the
10    time.
11 A   I thought this was -- I thought this was a
12    speaker.  I didn't turn my back.  I turned my
13    face to the speaker, I mean the microphone.
14 Q   No, no, no.  You're right.  That is the speaker,
15    but I was still asking my question and I don't
16    want the court reporter to take down anything
17    wrong.  So, I need to finish asking my question
18    and then you can answer; okay?
19 A   Okay.
20 Q   All right.  Thanks.  You said you split the cost
21    of the hotel?
22 A   Yeah.  My son handled it, so Stephen will tell
23    you.
24 Q   How long were you at that Hilton in San Antonio?
25 A   Oh, I can't remember, baby, but we left from

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720       SerpasCourtReporting.com       Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

50..53

Page 50

1    there and went to Houston.
2  Q   Okay.  Where did you stay when you were in
3    Houston?
4  A   It was kind of like a little apartment like, but
5    I don't remember the name of the hotel.
6  Q   Do you recall how long you were in Houston for?
7  A   No, but from Houston we passed at home.  I
8    didn't get down.  I stayed in the car.  And, we
9    went from Lake Charles to Opelousas, Louisiana,
10   because of the other hurricane.
11 Q   Okay.  We're going to get there.  I want to
12   focus on Laura right now; okay?
13 A   Okay.  All right.
14 Q   And, you said, I'm sorry, you said you do not
15   know how long you were in Houston for; correct?
16 A   No.
17 Q   Okay.  Did you pay for that apartment when you
18   were in Houston or did your sons pay for that?
19 A   My boys handled it.  I don't know, but Stephen
20   knows.
21 Q   Did you submit receipts to State Farm for
22   staying at hotels or for mileage when you
23   evacuated for Hurricane Laura?
24 A   I don't know.  Stephen will.
25 Q   Do you know how much State Farm paid you for

Page 51

1    evacuating as a result of Hurricane Laura?
2  A   I think it was $8,000, a little over $8,000.
3    That was what we gave -- we gave that to the man
4    to repair the roof, and the $4,000 that's owed
5    to him still.
6  Q   Mrs. Thibodeaux, I believe that payment was for
7    your dwelling.  Are you aware that State Farm
8    paid you $1,195.52 for your evacuation expenses?
9  A   Well, I'm sorry, baby, I don't remember.
10 Q   Okay.  Do you think you are owed anything else
11   for your evacuation expenses as a result of
12   Hurricane Laura?
13 A   Well, we went to a hotel in Opelousas after the
14   hurricane.
15 Q   Did you go there for Hurricane Laura or
16   Hurricane Delta?
17 A   For the next -- next, uh -- the last hurricane.
18   I can't remember the name, but we passed home.
19   But, the same day, because of another hurricane
20   coming, we had to go to Opelousas for the last
21   time.
22 Q   Did you --
23 A   And -- I'm sorry.
24 Q   So, did you go back to your property after
25   Hurricane Laura to check on it?

Page 52

1  A   Yes.
2  Q   And, this is before you said you evacuated again
3    for the other hurricane; correct?
4  A   Yes.
5  Q   Okay.  So, you had went home from when you went
6    to San Antonio, then to Houston, then back to
7    Lake Charles, right, to check on your home?
8  A   Um-hum, and it was --
9  Q   And, then you evacuated again.  I'm sorry.  Then
10   you evacuated again.
11 A   Yeah.  It was raining in the house.  It was
12   raining, and I don't know what they did, but my
13   sons got down, and I was tired so I stayed in
14   the car, but my son did go inside my home.
15 Q   Okay.  We'll get there.  We'll get there.  So,
16   do you recall when you got home from Houston
17   after you evacuated from Hurricane Laura?
18 A   Pardon?
19 Q   Do you recall when you first went back to your
20   property on Guy Street after you evacuated for
21   Hurricane Laura?
22 A   Well, after Hurricane Laura we left out of
23   Houston and came and checked on the house.
24 Q   Okay.  Do you recall when that date was?
25 A   No, but it was the day after the hurricane.

Page 53

1  Q   The day after the hurricane you went back to --
2  A   Yes.
3  Q   -- your house in Lake Charles?
4  A   No.  After the hurricane, leaving from Houston,
5    we passed home and checked on the house.  And,
6    because of what the weather was, we, uh -- I
7    don't know what time it was, but we evacuated
8    again and went to a motel in Opelousas,
9    Louisiana.
10 Q   Okay.  When you went home after you got back
11   from Houston did you walk into your home to look
12   at --
13 A   I didn't want to.
14 Q   -- any damage?
15 A   No.  My legs were -- My two sons, they went and
16   checked on the house.
17 Q   All right.  Which sons checked on the house
18   after you got back from Houston?
19 A   Pardon?
20 Q   Which sons checked on your house after you got
21   back from Houston?
22 A   Stephen and David.  My oldest and my youngest.
23   I was -- I wasn't feeling well, so I just stayed
24   in the car, and I asked them what was happening
25   in there and they told me.

Exhibit B

Page 54

1  Q   You stayed in the car with Dennis?
2  A   Yes, yes.  I stayed in the car --
3  Q   Do you know how long --
4  A   -- because I was --
5  Q   I'm sorry.
6  A   Pardon?
7  Q   I'm sorry.  You were saying something.
8  A   I said I was hurting, and they checked on the
9      house before we went to -- before we went to --
10     but, anyway, before that one of my sons had gone
11     and already called someone to check on the
12     house.  But, yeah, we had somebody checking for
13     us before we -- before we left San Antonio.
14  Q   Who did you call to check on your house while
15     you were in San Antonio?
16  A   You think it was one of Dennis' friends, one of
17     my second sons, but I don't remember.  I don't
18     remember who it was.
19  Q   Did they tell you that your house sustained --
20     Did they tell Dennis or tell you --
21  A   Whoever checked.
22  Q   Mrs. Thibodeaux --
23  A   They didn't go in the house.
24  Q   Mrs. Thibodeaux, I've got to finish asking my
25     question.

Page 55

1  A   Sorry, sorry, sorry.
2  Q   Did that person who checked on your house while
3      you were in San Antonio tell either you or any
4      of yours sons that your house had damage from
5      Hurricane Laura?
6  A   I remember looking like they said it was
7      raining, and but I don't remember where, but it
8      had rain in the bedroom and the hall, and we
9      couldn't do anything about it.  I don't know
10     what they did inside because I didn't get down.
11  Q   Did the person who checked on your house while
12     you were in San Antonio did they take any
13     pictures of the property at that time?
14  A   I don't know, not really, you know.  They had
15     their phones and everything and I don't know.
16  Q   Did you see any pictures of your house from the
17     person who checked on it while you were in San
18     Antonio?
19  A   No.
20  Q   Okay.  When Stephen and David went inside your
21     house after you got back from Houston do you
22     recall how long they were in your house for?
23  A   I don't know because they checked on the
24     building in the backyard and it was gone, and
25     that's all I can remember.

Page 56

1  Q   What was gone, Mrs. Thibodeaux?
2  A   The building, my building in the back of my
3      house.
4  Q   What building is in the back of your house?
5  A   It was an aluminum storehouse we had.  We had a
6      building there that was totally destroyed in the
7      backyard.  It was a storage -- aluminum storing
8      building.
9  Q   What do you mean totally destroyed?  Did you see
10     it?
11  A   Pardon?
12  Q   At the time that your sons went in the back they
13     said that your aluminum shed was totally
14     destroyed?
15  A   I'm sorry you'll have to repeat.  I didn't
16     understand the last part of your statement.
17  Q   When your sons went outside of your home or in
18     the backyard after you got back from Houston
19     they told you that the aluminum --
20  A   Yeah.
21  Q   -- shed was totally destroyed?
22  A   Yes.
23  Q   Did they take pictures of the shed?
24  A   I don't know.
25  Q   Did you keep --

Page 57

1  A   I don't remember.
2  Q   Okay.  Did you keep anything inside the shed?
3  A   Pardon?
4  Q   Did you have anything inside the shed?
5  A   Yeah.  We had a whole lot of stuff in there.
6  Q   Okay.
7  A   But, whoever came later on, they were counting
8      and finding out what we had in there.  I think
9      that was all.
10  Q   Okay.  Did your sons go inside your house at
11     this time?
12  A   Yes.
13  Q   Okay.  Did they go into each room?
14  A   Pardon?
15  Q   Did they go into each room?
16  A   I don't know.
17  Q   What did they tell you that they saw when they
18     went inside your house?
19  A   They told me where it was raining.
20  Q   And, where was it raining?
21  A   In the hall and my bedroom for sure.
22  Q   Did they see any other damage in your home at
23     that time?
24  A   They didn't tell me about it.
25  Q   Okay.  Did they take any pictures when they went

New Orleans 504.522.2101        North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com      Baton Rouge 225.332.3040

Exhibit B

Page 58

1     inside your property at this time?
2     MR. SAVAGE:
3          Objection, asked and answered.  She
4     already said she didn't know.
5  Q   Oh, I'm sorry.  I didn't know I asked about
6     pictures.  What about the exterior of your
7     property?  Did they take any pictures of the
8     exterior of your property at the time that they
9     went to your house after you got back from
10    Houston?
11 A   The storia?
12 Q   The exterior, the outside.
13 A   Oh, exterior.  I don't know.  Well, you know,
14    it's so easy to take pictures, and I don't
15    remember.
16 Q   Okay.  Do you know if your sons or you reported
17    this damage to State Farm at this time?
18 A   If it was what?
19 Q   Did you or your sons report this damage to State
20    Farm?
21 A   I don't know.
22 Q   Do you recall how long you were at the house
23    before you evacuated for Hurricane Delta?
24 A   No.  I don't remember because Dennis' home is on
25    the other side of town.  We had to -- he had to

Page 59

1     go check on his house, my second son, Dennis.
2     And, well, we were upset just like everybody
3     else, and I don't remember anything else about
4     going in the house.
5  Q   From the time that you got back from Houston to
6     the time that you left or you evacuated for
7     Hurricane Delta did you live in your house?
8  A   Oh, no.
9  Q   So, where did you stay between getting back in
10    town from Houston and then evacuating for
11    Hurricane Delta?
12 A   We had that same day to go to Opelousas.
13    Anyway, they were checking the weather and
14    stuff, and that's -- we wound up leaving, but --
15 Q   Did you --
16 A   -- the things that was said and done, I don't
17    remember everything.  That's all.  On that day
18    that's all I can remember.
19 Q   Okay.  Prior to leaving to go to Opelousas did
20    you or your sons or did your sons do anything to
21    repair the house before you left?
22 A   No.
23 Q   Okay.
24 A   No, not that I know of.
25 Q   All right.  Where did you stay in Opelousas when

Page 60

1     you evacuated for Hurricane Delta?
2  A   At a motel, and I don't remember the name.
3     You'll have to ask Stephen.
4  Q   Okay.  And, you stayed with -- you and your
5     three sons stayed at the hotel in Opelousas;
6     correct?
7  A   Yes.
8  Q   How long did you stay at that motel for?
9  A   I don't remember.
10 Q   Do you know how much it cost to stay at that
11    motel?
12 A   No.  I don't remember.  I wasn't -- I wasn't, uh
13    -- I think maybe one time, but I don't remember.
14    I'm sorry.
15 Q   No.  You're good.  Do you know who paid for the
16    motel in Opelousas?
17 A   No, I don't know.
18 Q   Do you remember when you returned home from
19    Opelousas?
20 A   When what?
21 Q   Do you recall when you returned home from
22    Opelousas?
23 A   A little.  But, when we got there they had that
24    same company that was there almost getting there
25    at the same time we got there.  They were

Page 61

1     checking.  They were checking the house and all.
2     They had two different companies, but I don't
3     remember no names or nothing.
4  Q   What do you mean by -- So, when you returned
5     home from Opelousas there was a company at your
6     house looking at the damage?
7  A   When we got there we had just gotten there and
8     they had people that started coming and looking
9     to see if they could do anything for us in the
10    home.  Maybe they had two different people.
11    They were writing down everything all through
12    the house.
13 Q   And, you don't know what company they were with?
14 A   No.
15 Q   Do you know if your house sustained anymore
16    damage as a result of Hurricane Delta?
17 A   I don't know.  No.  I don't know.
18 Q   Did you call State Farm to make a claim for
19    damage as a result of Hurricane Delta?
20 A   Pardon?
21 Q   Did you call State Farm and make a claim for
22    damage as a result of Hurricane Delta?
23 A   I don't know.
24 Q   Did you ever tarp your roof, Mrs. Thibodeaux?
25 A   Pardon?

*New Orleans* 504.522.2101
*Toll Free* 800.526.8720               *SerpasCourtReporting.com*               *North Shore* 985.206.9303
*Baton Rouge* 225.332.3040

Exhibit B

Page 62

1  Q    Did you ever get a company to tarp your roof
2         after the hurricane?
3  A    Oh, yeah, yes. I had forgot about that, baby.
4         I'm sorry. When we were in San Antonio, one of
5         my sons, they got someone to cover the roof
6         where it was raining and they attached it. And,
7         but, anyway, they did find somebody to do the
8         roof so it wouldn't rain anymore in the house,
9         and I had forgot about that part.
10 Q    Was it the whole roof or a part of your roof?
11 A    Wherever it was raining. Well, they could see
12        where it was. And, when I looked, they had put
13        some -- some, uh -- some roof shingles, and they
14        had something that was like that blue thing, but
15        they used something better to put over the
16        house.
17 Q    Do you recall --
18 A    I had forgot about that. But, it was -- it was
19        something that was done for the first storm.
20        They had a, uh -- Before we got there, a company
21        -- I forgot that. The boys, they called
22        someone, and I don't know if it was the same.
23        It could have been the same people. I don't
24        know, but I had completely forgotten that before
25        we left San Antonio they had gotten somebody to

Page 63

1         take care of the roof before we left San Antonio
2         --
3  Q    Did one of your sons --
4  A    -- to attach to the roof. Pardon?
5  Q    How did you know your roof was damaged?
6  A    Somebody, some of the, uh -- somebody -- My kids
7         was in touch with somebody.
8  Q    Do you know who that person is?
9  A    One of my sons spoke -- was speaking to someone,
10        and they, uh -- Dennis, I think, got someone to
11        patch the roof and fix the roof so it wouldn't
12        rain anymore in the house.
13 Q    Do you know who patched your roof?
14 A    No. You'll have to ask Stephen. Maybe he
15        knows, but it was between the boys. They really
16        had gotten somebody to fix the roof so it
17        wouldn't rain anymore in the house.
18 Q    Do you recall how much it cost to tarp your
19        roof, Mrs. Thibodeaux?
20 A    No. I don't know, baby. I really don't.
21 Q    Do you know if the tarping prevented water from
22        entering your home?
23 A    What?
24 Q    Did the tarping prevent water from entering your
25        home?

Page 64

1  A    Yeah. The way that they -- after it was done,
2         it wasn't raining anymore in the house because
3         that was -- that was why they -- that's what
4         they had gotten the person for to patch the roof
5         for the next storm.
6         MR. SAVAGE:
7              I need a little break.
8  A    Me, too.
9         MR. SAVAGE:
10             All right. We're taking a little break.
11 (Break in proceedings)
12 BY MS. JAYNES:
13 Q    How long did you have the tarp on your roof,
14        Mrs. Thibodeaux?
15 A    I don't know.
16 Q    Did you buy anything else for your home like a
17        generator?
18 A    No.
19 Q    Or rent a generator?
20 A    No, not for my home, no.
21 Q    I have in my claim notes, which have been
22        produced to your counsel, that you first
23        reported damage from Hurricane Laura to State
24        Farm on September 3rd, 2020. Do you have any
25        reason to disagree with that?

Page 65

1  A    Any reason what?
2  Q    To disagree.
3  A    I don't know, baby. I'm sorry. Please tell me
4         what was the question.
5  Q    Sure. I, in my claim notes, indicate that you
6         first reported damage to State Farm on or about
7         September 3rd, 2020. Do you have any reason to
8         disagree with that?
9  A    No, I don't. I don't know what they done. My
10        sons was taking care of all of that. I don't
11        remember.
12 Q    Okay. When damage was first reported to State
13        Farm do you recall what you reported to them --
14 A    No.
15 Q    -- how it was damaged from Hurricane Laura? You
16        don't recall that?
17 A    I don't know.
18 Q    Okay. Did you discuss that with State Farm or
19        did one of your sons call?
20 A    It's one of my sons. I don't remember which or
21        who done it.
22 Q    Okay. State Farm inspected your home on or
23        about October 1st, 2020. At least that's what
24        our claim notes indicate. Do you have any
25        reason to disagree with that?

New Orleans 504.522.2101                                          North Shore 985.206.9303
Toll Free 800.526.8720        SerpasCourtReporting.com            Baton Rouge 225.332.3040

Exhibit B

Page 66

1  A  October the 1st?
2  Q  Yes, 2020.
3  A  Well, in those times your people were coming in
4     and out, so I don't know what and who.  I don't
5     know.
6  Q  Do you have any specific recollection about
7     State Farm coming to your home to inspect it in
8     October of 2020?
9  A  I don't know.  Like I said, this had more
10    different people that came, one for the roof,
11    and one was a contractor, and then, uh -- and I
12    don't know.
13 Q  Okay.  I'm looking at our claim notes from that
14    inspection, Mrs. Thibodeaux.  It looks like
15    there was a contractor present, Dudley Floyd.
16    Do you know who that is?
17 A  Oh, that's the one that I think was the first
18    contractor, but then later they -- It was one of
19    the contractors.
20 Q  Okay.  One of the contractors that you hired?
21 A  No.  That was just someone, I think, that was
22    looking for the job.
23 Q  Okay.  So, our claim notes indicate that
24    Mr. Floyd said he was handling the roof, fence,
25    and mitigation at this initial inspection.  Do

Page 67

1     you recall any of that?
2  A  No.
3  Q  Okay.  Do you remember any details about this
4     inspection on October 1st, 2020?
5  A  No.
6  Q  Okay.  So, you can't --
7  A  Not one --
8  Q  I'm sorry, what?
9  A  Not one day from the other.  I couldn't tell
10    you.
11 Q  So, you couldn't tell me about how long this
12    inspection took, what rooms the State Farm
13    adjuster went into, anything specific?
14 A  No.
15 Q  Do you remember speaking with a State Farm
16    adjuster at any point after the hurricane in
17    person?
18 A  No.  I don't know which --
19 Q  After State Farm inspected your property it
20    issued a payment to you in the amount of
21    $10,714.77.  Does that sound right to you?
22 A  I don't know.  Was that in two checks or just
23    one?
24 Q  I believe it was in a few checks.  Let me check.
25 A  It wasn't -- Yeah, I know they did, but I don't

Page 68

1     know what date or how much or anymore.
2  Q  No.  It was one check.  They issued a check to
3     you October 1st, 2020 for $10,714.77.  Do you
4     recall receiving that check?
5  A  I think all I could remember was that Stephen
6     told me that he thought it was $8,000 and maybe
7     another one for $1,000.  I know they did it, but
8     I don't know what date or exactly how much the
9     checks was.  I know they came and that's all.
10 Q  Okay.  Did State Farm call you to discuss this
11    payment and the details of this payment?
12 A  I don't remember.
13 Q  Okay.  Based on what we saw before on Exhibit A,
14    it looks like you paid Bautista $8,960.25 for
15    the roof.
16 A  Yes.
17 Q  What did you do with the other money that State
18    Farm paid you, the rest, the remainder of it?
19 A  I don't remember.
20 Q  Okay.  Did you put it in your checking account?
21 A  I don't know.
22 Q  Okay.  Can you give me your checking account
23    number from the bank, Mrs. Thibodeaux?
24    MR. SAVAGE:
25       I'm going to object to the form.

Page 69

1  Q  Do you understand what I asked you?
2  A  You want the number of my checking account?
3  Q  Correct.
4  A  Why?
5  Q  Well, because we're trying to figure out where
6     this money went, the rest of the money went that
7     State Farm paid you to see if it was deposited
8     or what you did with it because you don't
9     recall.  So, we may subpoena those banking
10    record to see --
11 A  Stephen can tell you.  I don't know.
12 Q  You don't know your banking account number?
13 A  No.  I can look in my papers.  I think it might
14    be 5136, the last four numbers.
15 Q  All right.  We're going to ask your attorney to
16    provide that to us after this deposition,
17    please.
18    MR. SAVAGE:
19       And I'm going to object for the record --
20 A  Yeah.  Do you have the privilege of just -- I
21    don't have anything to hide, but I don't see
22    what's --
23 Q  I understand.  We're just trying to figure out
24    where the rest of the money went.  We paid you
25    $10,700 and so, you know, we just want to know

New Orleans 504.522.2101
Toll Free 800.526.8720        SerpasCourtReporting.com        North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

Page 70

1      where that extra roughly $2,000 --
2   A   I don't know, but we didn't have no money --
3      cash money to give to anyone. So, I don't know
4      where it went and Stephen has the papers.
5   Q   Okay.
6   A   So, I'm sure, if I knew, I forgot, but Stephen
7      can tell you. I have my account number. I gave
8      you that. That's the last four numbers, even
9      though I don't understand what that would be if
10     the Court has the privilege.
11  Q   Okay. At the initial inspection, like we talked
12     about, Mr. Floyd said he was handling some of
13     the repairs to your home. Did Mr. Floyd make
14     any repairs to your home after Hurricane Laura?
15  A   I don't know.
16  Q   Okay. Do you have any invoices or estimates
17     from Mr. Floyd for repairs to your home?
18  A   I don't know.
19  Q   Okay. Mr. Floyd indicated that he was not
20     performing interior repairs when we met him on
21     October 1st, 2020. Do you know who you were
22     going to hire to perform interior repairs to
23     your property?
24  A   No, I don't know.
25  Q   Would Stephen know?

Page 71

1   A   I think so.
2   Q   Okay. At this time in October of 2020 had any
3      repairs been done to your house?
4   A   What's the date?
5   Q   October 1st, 2020. When State Farm inspected
6      your property had any repairs been done to your
7      home besides placing a tarp on the roof?
8   A   I don't know. I don't know when the roof was
9      done, but it -- I don't remember.
10  Q   That was my next question. Do you know when
11     your roof was replaced?
12  A   Pardon?
13  Q   Do you recall what date your roof was replaced?
14  A   No. Stephen will, I think so.
15  Q   All right. Do you recall if it was replaced
16     before Hurricane Delta?
17  A   No, not the roof, but it was done, uh --
18     patchwork was done before the second storm, but
19     I don't remember no dates or anything.
20  Q   So, I have this invoice from Bautista. They
21     replaced your roof. How did you get in touch
22     with Bautista Group? How did you hear about
23     them?
24  A   Pardon? Please repeat that.
25  Q   Sure. So, the invoice we have for the roof

Page 72

1      replacement is from Bautista Group. How did you
2      hear about Bautista Group?
3   A   I don't know. You can ask Stephen.
4   Q   Okay. Stephen would have contacted them to
5      replace your roof?
6   A   I don't know.
7   Q   All right. The claim notes indicate that on
8      December 16th your son, Stephen, called State
9      Farm to advise that interior repairs had not
10     been completed or not been started, and wouldn't
11     be started until the first week of January by
12     the contractor. Do you know what contractor
13     he's talking about?
14  A   Might be that last one, but you'll have to ask
15     Stephen.
16  Q   Okay.
17  A   He probably has that on paper or something, but
18     I don't know. Ask Stephen.
19  Q   Okay. Do you know what interior repairs your
20     son was referring to in December of 2020?
21  A   I don't know.
22  Q   Okay. It's my appreciation that State Farm sent
23     some letters to you requesting, you know, an
24     itemized repair estimate, period of repairs.
25     It's called request for information letters.

Page 73

1      Did you ever receive those, Mrs. Thibodeaux?
2   A   I don't know.
3   Q   The last claim note that we have or one of the
4      last claim notes before suit was filed was on
5      August 8th, 2021. Suit was filed in August of
6      2022. So, for a year there was no claim
7      activity. Did you call State Farm at any time,
8      do you recall, after August of '21 to discuss
9      your property?
10  A   I don't know.
11  Q   Okay. Would Stephen have been the one to have
12     called State Farm to discuss your property?
13  A   If anyone knows, he does. I think so.
14  Q   Okay. And, from August 2021 through August of
15     2022 you were living at the Guy Street address;
16     correct?
17  A   What's the name?
18  Q   You were living at your Guy Street address from
19     August 2021 to August 2022; correct?
20  A   We were there, but the date I don't know.
21  Q   Okay.
22  A   I don't remember the date.
23  Q   Did you have any issues with your home while you
24     were living in it from August 2021 to August
25     2022, any issues resulting from the hurricane?

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720     SerpasCourtReporting.com     Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

74..77

Page 74

1   A   I don't know.  I don't know.
2   Q   Okay.  State Farm received an estimate from
3       Cowboy Construction in November on November 29,
4       2022.  Have you seen a copy of that Cowboy
5       Construction estimate?
6   A   Stephen has it.  He takes care of that.
7   Q   Okay.  Have you seen a copy of that estimate?
8   A   No.
9   Q   What caused you to retain Cowboy Construction?
10  A   I think it's because the other company said they
11      could only just tear out but they couldn't
12      finish the job.  So, we did not take them
13      because we knew what had happened to other
14      people.
15  Q   When did that company tell you they couldn't
16      finish the job?
17  A   I don't remember the date, but it was before --
18  Q   Was it in 2021?
19  A   -- before we had the other company because they
20      came back and they told that to Stephen.  So,
21      they figured they couldn't take care of the
22      whole job.  That's what they said.
23  Q   Did Stephen ever tell that to State Farm?  Did
24      he notify State Farm of this?
25  A   I don't know.

Page 75

1   Q   Okay.
2   A   He just didn't --
3   Q   I'm sorry?
4   A   We just didn't have anyone when it first
5       happened.
6   Q   Okay.  Did you call State Farm to notify them
7       that the other company couldn't perform the
8       repairs?
9   A   I don't know.  We were just trying to do things
10      the best as we could.
11  Q   Do you recall the name of the other companies
12      that you are referring to?
13  A   No.
14  Q   Would it be Bautista Group?
15  A   Stephen will tell you.
16  Q   Okay.  How did you hear about Cowboy
17      Construction?
18  A   Pardon?
19  Q   How did you hear about -- how did you know about
20      Cowboy Construction?
21  A   I think it was Stephen, that Stephen contacted
22      them somehow.  I don't know when or where or how
23      it happened, but that was the only one we had
24      after the other one said they couldn't.  They
25      could just tear up all the old damaged stuff,

Page 76

1       but they could not finish the job.  So, somehow
2       Stephen talked to the Cowboys.
3   Q   Okay.  Did Stephen Google their name and find
4       them or did someone refer Stephen to Cowboy
5       Construction?
6   A   I don't know.  I think maybe it maybe was at the
7       job, his job, that someone, I think, that he
8       talked to someone about them on his job.
9   Q   Okay.  Did you ever speak to anyone at Cowboy
10      Construction?
11  A   No.  I didn't speak to them.  I let him handle
12      it.
13  Q   And, him, you mean Stephen?
14  A   Pardon?
15  Q   Stephen, you let Stephen handle it?
16  A   Yes.
17  Q   Okay.  According to the estimate we have from
18      Cowboy Construction, they came to your property
19      in August of 2022 to inspect it.  Do you
20      remember that?
21  A   No.
22  Q   Do you recall if you were present at the home at
23      the time of the inspection?
24  A   I don't know.
25  Q   Okay.  Prior to Cowboy Construction coming to

Page 77

1       your home in August of 2022 had you made any
2       repairs to your property other than the roof?
3   A   I don't know.
4   Q   Was Stephen the one to talk to Cowboy
5       Construction about the repairs to your home?
6   A   I don't know how he did it.
7   Q   Did Stephen tell you about his conversation with
8       Cowboy Construction?
9   A   No.
10  Q   Okay.  Have you talked to anybody from Cowboy
11      Construction since this inspection in 2022, in
12      August of 2022?
13  A   I don't remember.
14  Q   Okay.  So, it's fair to say that, you know, when
15      Cowboy, before they started repairs, you don't
16      know how long they said repairs would take to
17      complete?
18  A   No.
19  Q   Okay.  I'm going to show you a few pictures,
20      Mrs. Thibodeaux.
21  A   Yes.
22  Q   Do you see that, what I'm sharing with you?
23  A   Um-hum.
24  Q   Okay.  I'm going to represent to you that these
25      were photos taken by Cowboy Construction --

*New Orleans* 504.522.2101
*Toll Free* 800.526.8720                    SerpasCourtReporting.com                    *North Shore* 985.206.9303
*Baton Rouge* 225.332.3040

Exhibit B

Page 78

1   A   Um-hum.
2   Q   -- on August 10th, 2022.  Do you have any reason
3       to disagree with that?
4   A   Yeah.  That's one place.
5   Q   Okay.  The date is listed.  This is, uh --
6   A   That's mold and --
7   Q   We'll mark this as Exhibit B, I think, Cyndie,
8       is where we're at.
9       COURT REPORTER:
10          Yes, ma'am.
11  Q   This is Bates labeled EThibodeaux0000297 and
12      these were produced in connection with the
13      estimate from Cowboy Construction.  And, for the
14      record, the estimate totaled $185,401.83.  All
15      right.  Mrs. Thibodeaux, I'm going to go through
16      these photographs with you.  Can you tell me --
17      this is -- it says interior den 121.  Is this a
18      photograph taken --
19  A   Yes.
20  Q   -- on August 10th of your den?
21  A   Yeah, living room.
22  Q   Living room, okay.  Picture 122, is this your
23      living room?
24  A   Yes.
25  Q   Okay.  In these pictures that I'm looking at can

Page 79

1       you point to me or tell me where the damage was,
2       the ceiling damage?
3   A   Oh, I don't know.
4   Q   Do you see any damage in these photographs,
5       Miss Elrine?
6   A   Well, I can see the mold and on the curtain and
7       in the lights.
8   Q   Okay.  You see mold in the curtains and the
9       lights?
10  A   Yeah.
11  Q   And, when you refer to the mold in the lights
12      here, looking at 122, the two spots on the
13      ceiling, that's mold over the light --
14  A   Yes.
15  Q   -- on that one?
16  A   Yeah.  You can see on the sheetrock I can see
17      the rain has rained on the curtain and the
18      lights has mold.
19  Q   Okay.  Where do you see mold on the curtain?
20      Can you point to that, Miss Elrine?
21  A   Pardon?
22  Q   Can you point to the mold on the curtain?  Is it
23      right here on the right?
24  A   Well, you see where the curtain is a different
25      color?  Well, that's the rain that faded one

Page 80

1       side and one side is dark.  So, I don't know if
2       it's mold on one side.  It looks like mold on
3       the curtain, or looks like maybe it just rained
4       on it.
5   Q   Can you tell me where the rain was coming from
6       in these pictures on the ceiling?
7   A   No.
8   Q   No?
9   A   Because when I got home they had already, uh --
10      before we had even got home they had had the
11      roof patched, so it wasn't raining anymore.  I
12      don't remember, but that's -- I think that's
13      right.  I'm not sure.
14  Q   When was the first time you went into your home
15      after Hurricane Laura and Delta; do you recall?
16  A   After the hurricane.
17  Q   Do you recall when after the hurricane, how
18      long, a month, two weeks?
19  A   I don't know.
20  Q   Do you recall when you went in your house for
21      the first time after Hurricane Laura and Delta
22      what damage you saw to your home?
23  A   If I what?
24  Q   When you went into your property for the first
25      time --

Page 81

1   A   My house?
2   Q   -- after Laura and Delta.  When you walked into
3       your property, into your home, do you recall
4       what damage you saw in the interior?
5   A   No.  I really didn't want to look at it.  I saw
6       some of it.
7   Q   Where was some of the damage?
8   A   Ceilings, and it had rain in the walls and, uh
9       --
10  Q   In what rooms did the ceilings have damage,
11      Mrs. Thibodeaux?
12  A   Pardon?
13      MR. SAVAGE:
14          She's still answering your last
15      question, Counsel.  Please let my client
16      finish responses to your questions.
17      MS. JAYNES:
18          I'm sorry, Lantz.  I wasn't aware of
19      that.
20  A   Well, you asked me about damage.  I knew in my
21      bedroom the sheetrock was cut and they had a
22      hole in there.  And, I don't know how bad it
23      was, but they had an opening in the sheetrock on
24      the ceiling.
25  Q   In what room, I'm sorry?  In what room was there

New Orleans 504.522.2101
Toll Free 800.526.8720

SerpasCourtReporting.com

North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

Page 82

1    a hole in the sheetrock?
2  A   Oh, that was in my bedroom where the sheetrock
3      had a hole in it, and somewhere else.  Maybe it
4      was in the hall, but I don't remember.  I don't
5      remember because it wasn't nice to remember.
6  Q   Was this immediately after the hurricane that a
7      hole was cut into your sheetrock in your
8      bedroom?
9  A   That's when I first came in my house.  I don't
10     remember if it was, uh -- I don't remember
11     exactly when, but I think that was when I --
12     Well, that was my first time seeing it, so it
13     was after both hurricanes that they had stuff in
14     the hall leading to my bedroom.  They had a hole
15     in the wall and you could see where they had
16     rain because the sheetrock was on, uh -- the
17     tape on it was unglued.  Well, that's where one
18     of the places that the sheet -- the ceiling had
19     damage in the hall and in my room.
20 Q   Okay.  Any other rooms that had damage that you
21     remember besides the hallway and your bedroom?
22 A   No.  This is the living room.  That's another
23     room right there.
24 Q   Okay.  You're saying what you see is just the
25     mold in the lights and on the curtains; correct?

Page 83

1  A   Well, I saw what you're seeing, and I don't know
2      how or where.  You see the ceiling had, I guess,
3      a little mold, but you can see it.  It's stained
4      from the rain.
5  Q   Where in this room is there a water stain from
6      the rain?
7  A   When I got home it wasn't raining in the house
8      anymore.  I could see the different color in the
9      ceiling and I know that it has to be from the
10     rain coming down on the sheetrock.
11 Q   Okay.  I just want to know where in the room is
12     there discoloration in the ceiling.  Can you
13     point to me where that is, Mrs. Thibodeaux?  I'm
14     going down to 123 and 124.
15 A   Well, it looks like a part of the ceiling is
16     it's a different color.  So, it has to be rain
17     or mold.  The ceiling is a different color than
18     what it was.
19 Q   Okay.  My understanding is that was a shadow.
20     You don't think that that's -- you think that's
21     discoloration from rainwater?
22 A   Yeah.
23 Q   Okay.
24 A   That's what it looks like.  I don't know.
25 Q   I'm going down to 125.  Do you know what this

Page 84

1    marking is on this photograph, Mrs. Thibodeaux?
2  A   Well, I don't know.  It's just different.  I see
3      what you see, and I don't know if it's mold.
4  Q   Do you see any damage in this photo where it's
5      marked off with this circle and cross in that
6      area?
7  A   The ceiling is a different color, so it has to
8      be drainage from the rain or what.
9  Q   Okay.
10 A   See there the ceiling is cracked, I mean, the
11     sheetrock is cracked.
12 Q   And, we're looking at Photograph 129.  You're
13     talking about this strip in the middle right
14     here?
15 A   That's some more mold.
16 Q   This crack in the middle of this picture, do you
17     know if that was there before Hurricane Laura?
18 A   The crack in the picture?
19 Q   Right here, this little strip, was that little
20     -- where my mouse is.  It's between the light
21     and the vent.  Was that there prior to Hurricane
22     Laura?
23 A   That cracked you showed me a while ago, that
24     wasn't there.
25 Q   Okay.  What about the mold in the vent?  Was

Page 85

1    that there prior to Hurricane Laura?
2  A   That must have been after it started
3      accumulating.  It wasn't there.
4  Q   It was not there; correct?  Is that what you're
5      saying?
6  A   No, it wasn't.
7  Q   Okay.  This is a photograph, Photograph 133.  It
8      says interior hallway.  Is that your son,
9      Mr. Stephen, in that picture?
10 A   Yeah, that's Stephen.
11 Q   Okay.  Do you recall where the damage was in the
12     hallway?  I'm showing you these photographs to
13     help, you know, help us kind of.  You can show
14     me where it is so I understand.  Sometimes it's
15     easier that way, and I can make this bigger if
16     you need me to, if that works better.  But, can
17     you tell me where in the hallway there was
18     damage as a result of Hurricane Laura?
19 A   I don't remember looking at that.  I don't
20     remember seeing that.  Oh, I see there is a
21     house alarm.  I was wondering what that wire was
22     from.  It was damaged, but I couldn't tell you.
23     I see the different colors there, but I don't
24     remember when I went in there.
25 Q   I'm looking at the carpet in the hallway.  Was

New Orleans 504.522.2101
Toll Free 800.526.8720                SerpasCourtReporting.com                North Shore 985.206.9303
                                                                             Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

86..89

Page 86

1    your carpet ever wet or damp prior to the
2    hurricane?
3  A   No. That was gray and burgundy, and that's the
4    Congoleum. That's not carpet.
5  Q   No, no, no. Was it ever wet or damp after
6    Hurricane Laura?
7  A   I don't remember.
8  Q   I'm looking at this Picture 136. Can you tell
9    me what this is up top, Mrs. Thibodeaux?
10 A   Oh, that must be the vent. That's an attic fan
11   where they have the -- It an opening. That was
12   in the hall, and it -- (unintelligible). I had
13   an attic fan and that was the part that would
14   open when you wanted to turn the attic fan on.
15 Q   Is that what it looked like before Hurricane
16   Laura and Delta?
17 A   I know that's -- that's what it is, but all of
18   that, that coloring and everything on there,
19   that's white sheetrock; and all that different
20   colors, all that darker color, that wasn't
21   there.
22 Q   What darker color?
23 A   Because of the rain that had came down in the
24   wall. And, that was one of the places where the
25   roof was raining when it was raining. (sic)

Page 87

1    Well, that's what they tell me. That's where it
2    was raining in there.
3  (Ms. Jaynes exited Zoom at 12:19)
4    COURT REPORTER:
5        I think we've lost Ms. Jaynes for a
6    minute.
7  (Off the record)
8  (Back on the record at 12:55)
9    MS. JAYNES:
10       Just for the record, the internet went
11   out at my office, and again I apologize.
12   COURT REPORTER:
13       Ms. Jaynes has frozen. She must still
14   be having problems.
15   THE WITNESS:
16       I can't understand her. Will you please
17   repeat?
18   COURT REPORTER:
19       I'm just letting you know that the other
20   attorney is still having some problems with
21   her internet.
22   THE WITNESS:
23       Oh, I thought she had asked me a
24   question.
25   COURT REPORTER:

Page 88

1    No, ma'am, it's me. She's gone again.
2    MR. SAVAGE:
3        I think we're just going to call it at
4    this point then.
5    THE WITNESS:
6        I hope we can finish today.
7    MR. SAVAGE:
8        Well, I mean, if she's having these kind
9    of internet problems, we're going to be here
10   all night.
11   COURT REPORTER:
12       I agree, but I don't get to make that
13   call.
14   MR. SAVAGE:
15       Let me call her again and see.
16 (Off the record at 12:57)
17 (Back on record at 1:03)
18 BY MS. JAYNES:
19 Q   I'm showing you this picture again, 136. I
20   think we've marked this as Exhibit B. It's
21   going to be in globo with all the other
22   photographs. Mrs. Thibodeaux, I want to talk
23   about what's in the top on the ceiling here. Is
24   that what it looked like before Hurricane Laura,
25   this part of ceiling with the black and the

Page 89

1    silver horizontal bars?
2  A   I don't know.
3  Q   I'm sorry?
4  A   I don't know if it was that dark. I don't know.
5    It looks like it. I guess so.
6  Q   You can't testify whether the ceiling looked
7    like this before the storm or after the storm;
8    correct?
9  A   The walls, I can tell you. I already told you,
10   and this is steel. It's a door. So, I guess
11   so. Not the wallpaper.
12 Q   I'm sorry?
13 A   Man, I didn't know my house was --
14 Q   I'm sorry, I can't hear you, Mrs. Thibodeaux.
15 A   I'm sorry. Go on. What did you say? I think I
16   answered. You said that's --
17 Q   You said that was --
18 A   That's a door to the attic fan.
19 Q   And, it looked like this before Hurricane Laura;
20   correct?
21 A   That aluminum siding door, I guess so, but not
22   the wallpaper.
23 Q   Okay. Where is there wallpaper in this room,
24   Mrs. Thibodeaux?
25 A   Excuse me. What was the question?

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

90..93

Page 90

1  Q   Where is there wallpaper in this picture,
2      Picture 137.
3  A   On the wall.  On the wall.  On the other wall.
4  Q   So, this, what I'm looking at, it's like an
5      off-white colored wallpaper?
6  A   It wasn't off-white.  It was white, but it's
7      different colors.  So, they have some, uh --
8      they have some mold on it.
9  Q   Okay.  Where is the mold in this picture?  Can
10     you show me?
11 A   The stains.  The stains.  You can see the stains
12     on the top of that paper. The paper was not dark
13     that way because it's washable paper.
14 Q   How long --
15 A   Next.
16 Q   When did you put wallpaper up in this property?
17     Is this new wallpaper or this wallpaper has been
18     there for a while?
19 A   That's, uh -- It wasn't coming off.
20 Q   When did you put wallpaper in, Mrs. Thibodeaux?
21 A   In the hall, this.  What's your next question?
22 Q   When?  Mrs. Thibodeaux, I'm asking you --
23 A   I don't know.
24 Q   -- when you put wallpaper in the hallway.
25 A   I don't know.

Page 91

1  Q   Okay.  I'll show you 138.  You can look on the
2      left of this picture where there is an X with a
3      circle.  Do you know what that indicates?
4  A   Pardon?
5  Q   Do you know what that X is with a circle around
6      it in Picture 138?
7  A   That was something that the people do or did
8      while they was examining it.
9  Q   Right.  Do you know what that means?
10 A   No, I don't know what it means.  It might be
11     something --
12 Q   Do you know if there was any damage in that --
13 A   -- that -- I don't know.  That's the contractors
14     that did that.
15 Q   Okay.  Did they tell you why they placed an X
16     with a circle around it in that location?
17 A   Pardon?
18 Q   Did the contractor tell you why they placed an X
19     with a circle around it on the wall on page --
20 A   No.
21 Q   -- on Picture 138?
22 A   No, because I wasn't -- I was not there.
23 Q   You were not there when Cowboy Construction
24     inspected your home on August 10th, 2022?
25 A   I don't know.  They have different ones that

Page 92

1      came.  But, I said when they put that there I
2      wasn't there, and he said it had rained in the
3      walls.
4  Q   Okay.  This is a Photograph 139, and this is
5      where you can kind of see the wallpaper, I
6      guess.  Is this where you're claiming the water
7      was coming down from the ceiling right here?
8  A   Yes.
9  Q   Okay.  Could you see the wetness on the wall?
10     Could you feel it?  Did you try to feel it or is
11     it just dry?  Was it dry most of the time?
12 A   I did not feel it.  I did not even look at it.
13     I was sitting down, and I don't walk that well.
14 Q   Did you see the --
15 A   -- when I was there.
16 Q   Okay.  Prior to this photograph that I'm showing
17     you right now, had you seen this damage before
18     in your home?
19 A   Not like that.
20 Q   Okay.  Can you tell me if the damage --
21 A   -- not those --
22 Q   I'm sorry?
23 A   Not those cracks.
24 Q   Okay.  Can you tell me if this damage or these
25     cracks were in the walls in the hallway prior to

Page 93

1      Hurricane Laura?
2  A   No.
3  Q   They were not there before Hurricane Laura?
4  A   Not that bad.  I don't remember seeing it.
5  Q   Again, I'm going to show you a picture, Picture
6      142.  There is an X with a circle around it.  Do
7      you know what this indicates from the
8      contractor?
9  A   No.
10 Q   Do you see any damage in this photograph,
11     Picture 142?
12 A   No.
13 Q   Hang on one second.
14 A   That was a place they had more rain in there
15     than anywhere else that I know of.
16 Q   In the hallway?
17 A   Yes.  It was in the place where the roof had
18     more damage.
19 Q   I'm trying to connect.  It just -- just a
20     second.  The hard drive just went down.  This is
21     -- Why today?  Why today?  Hold on.  The
22     document that I was showing you, that pdf, just
23     went down, of course.  So, I'm trying to pull it
24     back up.  I apologize.  All right.
25     Mrs. Thibodeaux, do you know when Cowboy

Exhibit B

Page 94

1    Construction came into your home who they spoke
2    to before taking these photographs or inspecting
3    your home?
4  A    No.  I don't remember if I was there.
5  Q    Okay.  So, you wouldn't be able to testify
6    regarding any conversations had at this
7    inspection, correct, between Cowboy or yourself,
8    Cowboy Construction and yourself?
9  A    No, because Stephen was in charge of all that.
10  Q    Okay.
11  A    Ask him.
12  Q    Okay.  I just want to confirm that before I ask
13    you additional questions if you don't know.  I
14    understand, but this is your deposition, so I
15    just need to confirm that information.
16  A    No.  I never understood.  Oh, that, that's rain.
17    You can see it clearly.
18  Q    Okay.  Well, Photo 154, this is of the hallway.
19    Do you see that seam in the middle of the
20    photograph above the light?  Was that damage
21    there prior to Hurricane Laura?
22  A    Those stains?
23  Q    What things?
24  A    What exactly are you speaking about?
25  Q    Sure.  So, you see this seam above the light?

Page 95

1    It's that line, that horizontal line.
2  A    That's the rain.
3  Q    You see some gray underneath it?  You're saying
4    that was caused by rain from Hurricane Laura?
5  A    I don't know how much, but that stain wasn't
6    there, not there that I remember.
7  Q    Can you testify one way or the other if that
8    stain was there prior to Hurricane Laura?
9  A    No, it wasn't there.
10  Q    It was not there, okay.  Same with this --
11  A    That's stain.  That's mold.
12  Q    Was this stain that we're looking at that's to
13    the left of the light, was that there prior to
14    Hurricane Laura?
15  A    Yes, yes.
16  Q    This is a photograph of the interior hallway,
17    Photograph 159.  Can you tell me what type of
18    flooring that is, Mrs. Thibodeaux?
19  A    Type of what?
20  Q    Photograph 159, can you tell me what type of
21    flooring that is?
22  A    Congoleum.
23  Q    In this photograph?
24  A    Yes.  It's a rug.
25  Q    This is a rug?

Page 96

1  A    It's a rug, vinyl rug, a rug, Congoleum tile.
2  Q    Tile, okay.  Do you recall seeing any damage to
3    your tile, this tile flooring, after Hurricane
4    Laura?
5  A    I didn't see it.  As people go in and out, it
6    was just how they -- they took it out because I
7    think all underneath they had water under the
8    thing.
9  Q    They had water under the flooring?
10  A    That's tile.
11  Q    Your recollection was that they had water
12    underneath the tile?
13  A    Yes.
14  Q    Do you know how the water got there?
15  A    Pardon?
16  Q    Do you know how the water got under the tile?
17    Did you have flooding in your home?
18  A    No.  We didn't have no flooding in my home
19    except for the rain.
20  Q    Okay.
21  A    Nothing wasn't flooding.  You mean the bathroom?
22  Q    No, ma'am.  I'm just trying to figure out what
23    your understanding is of how the water got
24    underneath the tile.
25  A    Because it was raining.

Page 97

1  Q    Okay.
2  A    It was raining for the first storm.
3  Q    All right.  I'm showing you Picture 163.  This
4    is of the hall bath; correct?
5  A    Yes.
6  Q    Do you recall what damage was in your hall
7    bathroom after Hurricane Laura?
8  A    A what?
9  Q    Did you have any damage to your hall bath after
10    Hurricane Laura?
11  A    What you mean, in the ceiling?
12  Q    Any damage at all to your bathroom.
13  A    Not that I know of, and I didn't go in there.
14    Oh, what's that?  See, right here, that's rain.
15    That's mold from the rain.
16  Q    You just testified that there was no damage that
17    you knew of in the half bath before Hurricane
18    Laura.
19  A    That's mold.  That's mold that was not there.
20  Q    But, you said you didn't go into this bathroom,
21    Mrs. Thibodeaux.
22  A    That's right.
23  Q    So, how would you know that the mold --
24    I'm looking at the pictures that you have and
25    I'm speaking about the picture that you're

*New Orleans* 504.522.2101          *North Shore* 985.206.9303
*Toll Free* 800.526.8720     SerpasCourtReporting.com     *Baton Rouge* 225.332.3040

Exhibit B

Page 98

1   showing me, and I answered it.  That's mold all
2   over it.  That's mold.
3  Q  Was this mold present --
4  A  That's mold from the rain.
5  Q  Do you remember --
6  A  That's mold from the rain.
7  Q  Do you remember seeing rainwater entering the
8     ceiling, through the ceiling in the hall bath
9     after Hurricane Laura?
10 A  That was not there.  That was not there.  That
11    mold was not there.  I didn't have no mold in my
12    bath in my hall.
13 Q  Is that mold the only damage that you recall to
14    your half bath after Hurricane Laura?
15 A  If that was the only mold?
16 Q  Is the mold --
17 A  We had rain in the walls and it had rain -- I
18    didn't look at that thing closer, but I know
19    that mold wasn't there on the ceiling.
20 Q  And, we're talking about in Photographs 183 and
21    184, correct, the photographs I'm looking at
22    right now?
23 A  That's mold that was not there, and that's from
24    that rain and the, uh -- uh -- what you call
25    that, uh -- that, uh -- What do they put in the

Page 99

1    wall?  I can't think of what's the name.
2    MR. SAVAGE:
3        Insulation?
4  A  Yeah, insulation.  That's from the insulation
5     because that was not there.
6  Q  Do you recall --
7  A  I did not have any mold in my home.
8  Q  Do you recall when you first saw this mold in
9     your home in the bathroom, in the half bath?
10 A  I never went and looked at it.  This is my first
11    time seeing it right now.  I did not go look at
12    that stuff.  I did not inspect my house because
13    I didn't even want to look at it, none of it.
14 Q  Did you inspect your house before Hurricane
15    Laura?
16 A  I know what my house looked like.
17 Q  Okay.
18 A  I've been inside those walls for 60 years.
19 Q  So, the first time you're seeing this mold in
20    the half bath is in the pictures I'm showing you
21    right now; correct?
22 A  Yes, yes.  That's rain that went in those
23    places.  That's rain.
24 Q  Okay.  This is the interior master bedroom we're
25    looking at.

Page 100

1  A  Yes.
2  Q  It starts on --
3  A  Yeah.  And that's --
4  Q  Is this --
5  A  -- another place where it was raining and part
6     of the sheetrock was down.
7  Q  Okay.  Let me try to get a picture.  We're
8     looking at Photograph 193, and we're looking
9     kind of in the upper left-hand corner.
10 A  That's rain.
11 Q  Is that --
12 A  That's the rain that made that hole.
13 Q  Is that the damage you're referring to?
14 A  Yes.  That's some of it.
15 Q  Okay.
16 A  I did not see everything because I did not want
17    to see everything.
18 Q  Okay.  Did you stay -- Have you stayed in this
19    master bedroom after you got home from Hurricane
20    Laura and before -- or Hurricane Delta and
21    before you moved out before repairs, did you
22    sleep in this bedroom?
23 A  I went and slept in the den on the couch.  I was
24    sleeping there even before.
25 Q  How long had you been sleeping on the sofa

Page 101

1    before Hurricane Laura?
2  A  Yes.
3  Q  How long before Hurricane Laura?  Hurricane
4     Laura hit in August of 2020, and you said that
5     you slept on the sofa before then.  Do you
6     recall how long you slept on the sofa, how many
7     months or weeks before Hurricane Laura hit?
8  A  No, no.
9  Q  Why were you sleeping on the sofa and not in
10    your bedroom before Hurricane Laura hit?
11 A  Because it was a mess.
12 Q  Your bedroom looked like this before Hurricane
13    Laura?
14 A  Not all the time.  I don't even know where all
15    that stuff is or where it came from.  Well, I
16    turned over a whole lot of stuff trying to take
17    some things out.
18 Q  So, you weren't able to sleep in your bedroom
19    before Hurricane Laura because your room was
20    filled with contents?
21 A  With what?
22 Q  With items and contents.
23 A  I had turned some of that stuff over looking for
24    stuff when I came back and when I left, when my
25    son told me we had to leave.

Page 102

1  Q   Looking at this Photograph 193, what in this
2      room was not there before Hurricane Laura hit?
3      Can you tell me?
4  A   No.  You mean the water stains?
5  Q   No.  The items in this room.  So, there's --
6  A   The items?
7  Q   Yes.
8  A   Oh, do you pay for items?  They told me y'all
9      wouldn't pay for clothes.
10 Q   No.  That's not my question, Mrs. Thibodeaux.
11     My question is I'm looking at this photograph,
12     right, and you just testified that you did not
13     sleep in your bed before Hurricane Laura because
14     you had stuff in your room.
15 A   If I didn't sleep --
16 Q   What I want to know --
17 A   If I slept -- If I didn't sleep in there, do you
18     have to pay me for the nights I didn't sleep in
19     there?  Do you?
20 Q   Mrs. Thibodeaux, what I'm just trying to figure
21     out is if this room in this photograph looked
22     this way before Hurricane Laura hit as far as
23     the items in your room.
24 A   Yes.  I was turning over some things to bring
25     some stuff with me.  Now, did I answer it?  You

Page 103

1      see all the boxes and stuff.  I don't even know
2      what that is.
3  Q   Is this what your room -- Is this what your room
4      looked like before Hurricane Laura?
5  A   I don't know.  Yes, maybe sometimes.  But, when
6      I come to leave like that I'd be looking for my
7      jewelry and my money and those -- the damage is
8      from the ceiling, and from the ceiling from the
9      rain, and you saw the hole in there that it was
10     raining.  When I went in there they had a piece
11     hanging worse than that.  So, I don't know if
12     that was the men that was doing that to see the
13     damage.
14 Q   Did you have any damage to your walls in your
15     bedroom, in your master bedroom, Mrs.
16     Thibodeaux?
17 A   Do what?  Pardon?
18 Q   Did you have any damage to your walls in your
19     master bedroom?
20 A   Yeah, they had water damage because that's one
21     of the main places it rained.  It rained from
22     the front door all the way to the back of this
23     room.
24 Q   This is your master bathroom, correct, on
25     Photograph 216?

Page 104

1  A   Yes, the hall bathroom.  Oh, oh, yeah, yeah.
2      That's right.
3  Q   Was there any damage to your master bath as a
4      result of Hurricane Laura?
5  A   The walls.
6  Q   Okay.  Can you tell me what walls were damaged?
7  A   The wall, the top of the -- the top of the
8      ceiling.  It rained in there.  You can see the
9      spot from the door.
10 Q   Okay.  So, this is Photograph 217.  You're
11     talking that there was some ceiling damage from
12     the --
13 A   I'm looking at the, uh -- It's messed up because
14     the hall -- The hall and the wall and the
15     ceiling was not messed up like that.  It did not
16     have all that.  Being that it was old, when it
17     rained it looked like it brought down a dark
18     water.  So, all I can say is I thought it was
19     insulation, and you can see from the wall.  It
20     wasn't raining in my house before those storms.
21     It was not raining in my house.
22 Q   Okay.  Was that the only damage to your master
23     bath was to the ceiling, the ceiling tiles?
24 A   As far as I know.  On the left, the wall.  It's
25     just the ceiling because you see that mold

Page 105

1      wasn't there.  You see where he made that
2      circle, but I don't know what it means, if he
3      had to -- if that was that that had to come out.
4  Q   But, again, Mrs. Thibodeaux, this is the first
5      time you are seeing these photographs, correct
6      --
7  A   Yes.
8  Q   -- of this damage?
9  A   Yes.  I think so.  I don't remember if somebody
10     else showed me.
11 Q   Okay.
12 A   This old lady --
13 Q   You said you're --
14 A   -- is 87, 87 years old almost, which I cannot do
15     any work anymore.
16 Q   You said that you have three bedrooms in this
17     house; correct?
18 A   Yes.
19 Q   We've seen photographs of the master bedroom.
20     Were the other two bedrooms damaged as a result
21     of Hurricane Laura?
22 A   I don't know.
23 Q   What about the kitchen?  Did the kitchen have
24     any damage as a result of Hurricane Laura?
25 A   I don't remember.  Yes.

New Orleans 504.522.2101
Toll Free 800.526.8720
SerpasCourtReporting.com
North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

Page 106

1  Q   Okay. Where did the kitchen have damage?
2  A   Where's what?
3  Q   The ceiling in the kitchen had damage? You said
4     that the damage -- I mean the ceiling in the
5     kitchen had damage.
6  A   I don't know. I don't remember, but that's --
7     that's where the damage came from from the rain.
8  Q   Okay. These are some photographs of the
9     exterior of your home. It looks like clearly
10    there is no fence on one side of your property.
11    And, is that the condition it was in after
12    Hurricane Laura or was that the condition it was
13    in before Hurricane Laura?
14 A   I don't know. I really don't know.
15 Q   Okay. I'm looking at the front elevation of
16    your home and I'll zoom in. You can see there
17    is a -- You can see this truck right here. Is
18    that Stephen's truck?
19 A   Yes.
20 Q   And, you can see the gutter right here is
21    dipping a little bit.
22 A   Yes.
23 Q   Was that damage there before Hurricane Laura?
24 A   Yes.
25 Q   Okay. And, at this time in August of 2022 --

Page 107

1  A   But, after it --
2  Q   -- it looks like --
3  A   After the storm half of those gutters, those
4     things, it blew off. It was pieces missing
5     after that hurricane when I came back home.
6  Q   What pieces was missing?
7  A   From the gutter.
8  Q   Where on your home --
9  A   I don't know when this was done. In the front
10    maybe they had a -- yeah. I don't know what the
11    pieces are exactly where it was, but it had some
12    missing.
13 Q   Okay. And, it looks like, I mean, we can agree
14    that your roof was replaced at this time;
15    correct?
16 A   What? I guess so. I don't know.
17 Q   We can agree that in August of 2022 you had a
18    new roof; right? Your roof had been replaced.
19 A   It looks like it. It looks like it's another
20    color roof.
21 Q   Okay. I want to look at this photograph right
22    here. This is the left elevation. I want to go
23    to this window right here. There seems to be a
24    board in that window. Was that board there
25    prior to Hurricane Laura?

Page 108

1  A   I don't know, but they said -- Somebody said
2     that the window was gone, and you can see that
3     window is still in there.
4  Q   Do you know why --
5  A   State Farm said that, that they had a window
6     missing here, and I had never seen the window.
7     I see the window right now. Even Stephen said
8     they had a window missing in there. Look here.
9     The center of that window is still there, and
10    that means the whole window is there, so I don't
11    know. This thing was full of stored things and
12    nobody would even go in there.
13 Q   Can you tell me why there is a board on this
14    window?
15 A   I just told you I don't know.
16 Q   Okay.
17 A   It's some storage things, old boards and
18    everything in there. It's things that --
19 Q   Okay. All right. I'm trying to find a picture.
20    Sorry, guys. The internet is just not -- All
21    right. Mrs. Thibodeaux, this is Picture 87. It
22    says sliding glass door damage.
23 A   Yeah.
24 Q   Can you tell me if that damage was there --
25 A   Yes, it was there.

Page 109

1  Q   -- before Hurricane Laura?
2  A   Yes.
3  Q   Okay.
4  A   You can see the --
5  Q   What was --
6  A   -- on the outside --
7  (Speaking over each other)
8  A   -- there to keep it from raining. But, that
9     door was the hurricane, uh -- That was done by a
10    branch from one of the hurricanes, but State
11    Farm wouldn't even give me enough money to fix
12    my roof in the hurricane that we had. So, how
13    in the world can you determine yes, it was --
14 Q   How long did --
15 A   -- because of the damage that was before the
16    storm. I was never given money to fix anything.
17    I always had to make do for the roof. I had to
18    have my son to look for somebody to fix my roof
19    that was cheaper. I never got enough money to
20    fix my roof for all the hurricanes.
21 Q   Okay. Mrs. Thibodeaux, can you tell me what
22    that damage was from on --
23 A   That's the only --
24 Q   Mrs. Thibodeaux, I understand you seem a little
25    frustrated. That's fine. But, I'm going to ask

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720    SerpasCourtReporting.com    Baton Rouge 225.332.3040

Exhibit B

Page 110

1    that you let me finish my questions --
2  A  No.
3  Q   -- before you answer; okay?
4  A  It's not me getting frustrated.  It's you trying
5    to --
6  Q  Mrs. Thibodeaux, this damage in Photograph 87
7    that shows the tape, what was that?  What was
8    that damage from?
9  A  What?
10 Q  Can you tell me?
11 A  From where?  From where?
12 Q  How was that glass door damaged?
13 A  From a branch.
14 Q  Okay.  And, when did that damage happen?
15 A  In one of the hurricanes.  And, I kept that
16   panel in after the -- after the -- after it was
17   done because nobody had given me any money for
18   it.  And, I left that panel in the back because
19   to keep from -- It was just shattered.  It
20   wasn't no piece missing in it.  It was just
21   shattered, so I kept a sheet of paneling on it
22   to keep it from getting worse, and that's --
23 Q  When was --
24 A  -- why it --
25 Q  -- you said one of the hurricanes --

Page 111

1  A  You see right here, that's where I slept on my
2    couch right there.  That was my recliner.  It
3    probably was my recliner, my recliner in there.
4    That's where Elrine Thibodeaux slept.
5  Q  You said one of the first --
6  A  And, if you're trying to make me lie or try to
7    lie or try to irritate me to make me lie, I
8    won't, because my house is in that condition
9    because State Farm would never give me enough to
10   -- $11,000 before they can give you anything.
11 Q  Mrs. Thibodeaux, I'm not trying to make you lie.
12   I'm not.  I'm sorry that you think that.  I'm
13   just -- This is my opportunity to --
14 A  Why you keep repeating your --
15 Q  -- and I --
16 A  You keep repeating your questions.
17 Q  Mrs. Thibodeaux --
18 A  Even when I answer the question, you keep
19   repeating it.
20 Q  Because I'm not -- I don't think I'm getting the
21   answer that I need.  I don't think you are
22   answering it properly.
23 A  Well, if you're trying to make me lie, I'm not
24   lying.
25   MR. SAVAGE:

Page 112

1        I'm going to interject now.  This is not
2    -- This is a discovery deposition.
3  MS. JAYNES:
4        I'm not --
5  MR. SAVAGE:
6        You are not going to get the answer that
7    you need.  We're here to find the facts as
8    the --
9  MS. JAYNES:
10       No, that's not what I --
11 MR. SAVAGE:
12       -- the deponent can understand them,
13   relates to them and based upon her personal
14   knowledge.  The answer that you need --
15 MS. JAYNES:
16       Correct.  And, I misspoke when --
17 MR. SAVAGE:
18       No, no, no.  I think that's where you're
19   at on this, and she's --
20 MS. JAYNES:
21       No, I'm not.  I misspoke, Lantz.
22 MR. SAVAGE:
23       -- correct.  You're repeating --
24 MS. JAYNES:
25       I misspoke.

Page 113

1  MR. SAVAGE:
2        So, what we're going to do is --
3  MS. JAYNES:
4        -- and I've tried to correct it.
5  MR. SAVAGE:
6        We're going to focus.  This is an
7    87-year-old lady who has had her storm
8    damaged home, you know, she's being
9    questioned about it.  Can we please be a
10   little sensitive?  Thank you.
11 MS. JAYNES:
12       Lantz, I think I've been really nice
13   this whole time.
14 A  Then accept my answer.  I am not lying to you.
15 Q  I'm --
16 A  I'll tell it to you the way I remember it.
17 Q  And, that's what I want to know from you.  I
18   want to know what you remember.
19 A  Okay.  Then why keep repeating it?
20 Q  Because you --
21 A  You are trying to get something out of it, but
22   the only thing you -- you'll piss me off, but
23   you won't make me lie.
24 Q  You testified that one of the hurricanes caused
25   this glass to shatter; is that right?

New Orleans 504.522.2101
Toll Free 800.526.8720

SerpasCourtReporting.com

North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

114..117

Page 114

1  A   If what, another person?
2  Q   I'm trying --
3  A   Didn't I answer that question?  I told you it
4      was done before, and State Farm never gave me no
5      money to fix that door.  The money they gave me,
6      I had my sons looking for somebody for a bargain
7      because I didn't have enough to do my roof.  Any
8      hurricane that we had, I never had money to fix
9      everything.  Now --
10 Q   What I'm trying to figure out, Mrs. Thibodeaux,
11     is when this damage happened.  You said you
12     testified --
13 A   I cannot.
14 Q   -- Hurricane --
15 A   I cannot tell you a date, time or which storm,
16     but it was not -- there was that glass on.  I
17     figured this was done by a branch, and the money
18     I had wasn't enough.  And, sometimes I couldn't
19     find somebody to do the work for me where I
20     could afford it.  This thing here, you say I
21     have a place where we could bring the door, but
22     it's moved.  It's not there.  And, if I couldn't
23     find somebody to do something for a reasonable
24     amount of money, I just wouldn't have it done.
25 Q   Did Cowboy Construction --

Page 115

1  A   I got $11,000 for the damage that they have
2      before they give you a penny.  That's all.
3  Q   Did Cowboy Construction repair this sliding
4      glass door?
5  A   What?
6  Q   Did Cowboy Construction --
7  A   Yes.  They changed the door.
8  Q   -- repair this sliding glass door?
9  A   Yes, they did.  Now, can we get going so we can
10     finish with this and you can get the rest from
11     my son?  My blood pressure, I'll have to double
12     it.  I can't afford -- That's the answer right
13     there.  When things was done and one thing was
14     done, if I couldn't afford it for a reasonable
15     price, I just wouldn't have it done or find
16     somebody that would do it cheap enough.  But,
17     like this thing there, I don't even know what
18     that is, but that was after the hurricane.
19 Q   All right.  Mrs. Thibodeaux, I was sent by your
20     attorney a few photographs of completed repairs
21     to your property.
22 A   And, for Hurricane Laura --
23 Q   Okay.
24 A   -- I still didn't have enough not even to do my
25     roof.  So, we had somebody to do it, and then

Page 116

1      they tried to make it where I could have
2      something that was repaired, and now you're
3      trying to get out of that.  I want to say if you
4      weren't satisfied well enough to keep my
5      insurance going -- I never had a complaint from
6      State Farm.  So, now you are trying to make me
7      lie that everything was done.  That was a bad
8      storm, and, if it damaged my house, it did, and
9      I know it, so that's it.  I'm just asking you,
10     please, when I answer a question will you please
11     go to something else instead of just trying to
12     get the answer you want to?
13 Q   I'm not --
14 A   I have no reason to lie.
15 Q   I'm not saying you do.
16 A   Well, please go on with the questions.
17 Q   All right.
18 A   Now, Stephen told me my lawyer wouldn't let all
19     that harassment go on.
20 Q   Okay.  All right.  We received, um -- Let's see.
21     Completed repairs of your property.  Can you
22     tell me what this photograph is of?
23 A   Where is it?  In my bedroom.  The same bedroom.
24 Q   Okay.
25 A   But, they changed the, uh -- they changed the

Page 117

1      ceiling.
2  Q   Okay.  How did they change the ceiling?
3  A   They took the sheetrock out.
4  Q   They put it back in place and put a different
5      texture on it?
6  A   Yeah.  Well, I'm not an expert.
7  Q   You said a repair was made is what you're
8      saying?
9  A   I am not an expert on ceilings.  I can't tell
10     you, but it was like this.  So, when they
11     painted it they must have had something in the
12     paint, and I didn't oversee that work.
13 Q   Okay.  So, they repaired the ceiling.  Did they
14     repair the walls in your master bedroom?
15 A   Who took this?
16 Q   Did you take this photograph, Mrs. Thibodeaux?
17 A   Is that the Cowboy?
18 Q   Ma'am, I don't know who took this photograph.
19 A   Well, it makes no difference.
20 Q   Do you know when this photograph was taken?
21 A   I don't know.
22 Q   All right.
23 A   If I could tell you, I would, so we could go on.
24 Q   Okay.  Were the walls repaired in this master
25     bedroom?

Exhibit B

Page 118

1  A   And, I figured that I have answered enough
2      questions.  Now, if you don't want to pay for
3      the rest, if you want to pay to have to destroy
4      my little house that I have, it's the only thing
5      I have in this world, well do it because I am
6      sick and tired of this harassment.  If I have to
7      pay my own lawyer, I will pay somebody else to
8      do it, which I can't afford that, and I'm not
9      going to take another harassment from you
10     people.
11  Q   Mrs. Thibodeaux, respectfully, I'm just asking
12      questions to get some answers.
13  A   You keep repeating the question.  I don't have
14      nobody to help me to keep you from driving me
15      crazy with the same question, if I answer the
16      question, if I can have you satisfied.  What you
17      want to do, make me -- (unintelligible) --
18  Q   Mrs. Thibodeaux --
19  A   -- that's the reason.  Stephen told me the
20      lawyer won't let them harass you, Mama.  Oh,
21      where is my lawyer, under the table?
22  Q   Mrs. Thibodeaux, in this picture this is a
23      photograph of the completed repairs to your
24      bedroom.  Were the walls repaired by Cowboy
25      Construction in your master bedroom?

Page 119

1  A   I did not oversee the work.
2  Q   Okay.
3  A   They painted it.
4  Q   They painted your bedroom walls, okay.  This is
5      a photograph of your den; correct?
6  A   Living room, and that is a new building.
7  Q   Okay.
8  A   That's a new building that replaced the other
9      building, but we had a larger building in the
10     back.  That's about half of the size.
11  Q   Can you tell me what repairs were done in this
12      room based on this photograph?
13  A   Who?
14  Q   Can you tell me what repairs were done to your
15      living room?
16  A   Please repeat your question.
17      MR. SAVAGE:
18         Can you say what repairs were done to
19         the living room?
20  A   The ceiling, I guess.  I know it was painted.
21      It was painted.  I don't know if they had to
22      change the sheetrock.
23  Q   Okay.
24  A   I had a fan in there and they changed the fan
25      because they had one side that the switch was

Page 120

1      bad on it.  No, no, uh-uh.  It just wasn't
2      stable.  Anyway, that's the living room.  That's
3      not the den.
4  Q   Okay.  Thank you for clarifying.  I appreciate
5      it.  Did they repair the walls in this room,
6      Mrs. Thibodeaux?
7  A   What?
8  Q   Did they repair the walls in your living room?
9  A   I didn't oversee the walls.  I did not oversee
10     the work.  All I know is that they repainted the
11     thing.  If they had to change something with it,
12     I guess they changed it, but I did not oversee.
13     Even from that motel we were in, I couldn't walk
14     over there and they wouldn't take me.  They
15     would want me to go over there, and many times I
16     started to try to walk.  I can't walk no
17     distance.  I can't stand too long.  And, I
18     wanted to come see what they were doing, but I
19     couldn't.
20  Q   Do you need a break, Mrs. Thibodeaux?
21  A   I need you to finish.
22  Q   Mrs. Thibodeaux, this is my one opportunity to
23      ask you questions; okay?
24  A   Well, how long do you have to, and why do you
25      have to repeat the question over and over?  Over

Page 121

1      here I'm sure I did not look and see all of the
2      rain or all the ceiling or all the corners of
3      what has been done.  I did not see it.  Since
4      I'm old, it doesn't make too much difference for
5      me.  Now, the things that I saw, I'll tell you.
6      You don't have to harass me to think I'm lying
7      or I'll tell another story.  Well, this is my
8      story.
9  Q   Okay.  This is a photograph of the -- Is this
10      the half bathroom?
11  A   That's the bathroom.  That's the hall bathroom.
12      They have a toilet and a bathtub -- a toilet and
13      a --
14  Q   Wait.  What's going on, Lantz?
15      MR. SAVAGE:
16         I don't know.
17  A   Pardon?
18  Q   Are you fixing to leave?
19  A   No.  I'm not fixing to leave.
20  Q   Okay.
21  A   I'm losing energy.  I'm using the energy that is
22      stored up in me.
23  Q   Okay.  Is this the hallway bath or is this --
24  A   If I had known that, I would have mortgaged my
25      home so I could get me a lawyer to help me.  So,

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720    SerpasCourtReporting.com    Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

122..125

Page 122

1    let's get on with the question.
2  Q    Is this your half bathroom or your master
3        bathroom?
4  A    You are not going to make me -- What, you trying
5        to give me a stroke so you can destroy my old
6        shack and sell the property?  Because, if that's
7        what it is, you know, if you throw the shack off
8        of it, that property is worth a lot of money
9        because there are people that live there that
10       they want beautiful homes.  They don't want the
11       old.  When I came there my home was the nicest
12       one in all that neighborhood, and that's how
13       many years I've been here because I had
14       insurance.  Yes, I could pay my insurance.  I
15       could make it.  But, if there is never enough
16       money to repair the things that were destroyed,
17       what can I do?  Like you fighting with me right
18       now or trying to break me down, well, I can tell
19       you one thing, you better watch that because, if
20       you give me a stroke, my sons will destroy
21       y'all.  Y'all are going to spend that money that
22       y'all don't want to spend.
23  MS. JAYNES:
24           Lantz, Lantz, Lantz, this has gone too
25       far.

Page 123

1  A    I paid my insurance.  I paid my insurance.  Why
2        didn't you say we can't insure you no more
3        because everything has gone down?  Well, yes,
4        it's gone down because over the years State Farm
5        would say you've got to have $11,000 damage
6        before we can give you anything.
7            I've been on my own since the year 1977.
8        That's when my husband had a heart attack in his
9        sleep, and I've been trying to survive.  I
10       haven't been sitting on my butt.  I've worked.
11       I could have gone back to my house and stayed to
12       my house when he died.  But, to have some decent
13       health insurance, I kept going because to have
14       insurance on my kids, I couldn't afford the
15       premium.  But, if I worked, I had health for
16       them on my job.  I could have this insurance for
17       my children.  And, that's the reason why I guess
18       I can't hardly walk now because I did work hard
19       and I didn't mind working hard.
20           And, then State Farm it was so nice of
21       them, they gave me a check, I mean a chance to
22       have enough money to pay for my insurance.  But,
23       they done me no favor because my house has gone
24       down, down, down.  And, if you can see
25       everything, if you seen everything, why didn't

Page 124

1        he get on the -- on the, uh, on the internet,
2        you know?  They show your home on the internet.
3        They could have seen that.  They just said,
4        well, we can't insure you anymore.  You're not
5        repairing all the damages.  I said, well, I have
6        the kind of insurance that supports me but they
7        don't pay me.
8            And, I guess $1,100 every six months,
9        um -- Well, my dear, sweet lawyer, I don't know
10       if you're satisfied, but I'm not.  And, believe
11       me, what you're seeing right here, because this
12       is a tough lady.  Over the years, being on my
13       own, I have grown tough.  Well, I was born tough
14       because Elrine grew up with no father and no
15       mother, but I survived.
16  Q    Okay.  This photograph we're looking at, and I
17       want to just attach them as Exhibit C, Cyndie,
18       these are completed repair photographs.  We'll
19       do them in globo.  This is a photograph of the
20       half bathroom, right, Mrs. Thibodeaux?
21  A    Yes.
22  Q    The whole bath, I'm sorry.
23  A    Whatever you say.
24  Q    Is this -- I have a picture of the shower only.
25       Is this the only part of this bathroom that was

Page 125

1        repaired?
2  A    I don't know.
3  Q    And, this is the shower in your master bathroom,
4        correct, with the --
5  A    I don't know.  I don't know.  I don't recognize
6        it.
7  Q    You don't recognize that this picture --
8  A    I don't know.  I don't know.  Maybe that's
9        another house in the neighborhood like that.
10  Q    Okay.
11  A    Maybe.  So, I'll tell you maybe.  Maybe.
12  Q    This is the last one.  Okay.  This is the last
13       photograph.  Can you tell me what this is a
14       picture of?
15  A    The den.
16  Q    The den, okay.  And, it looks like they repaired
17       the wall in the den, this one wall?
18  A    I have to talk to my son.  Ask me your last
19       question.  I'm trying to put off because I'm
20       trying to keep my little piece of home.  You see
21       that's why they have so many people -- so many
22       people that go crazy and kill innocent people
23       because people like you do these things.  They
24       can't help but tell somebody they want to blow
25       up the world.  That's because of all the animals

New Orleans 504.522.2101          North Shore 985.206.9303
Toll Free 800.526.8720      SerpasCourtReporting.com      Baton Rouge 225.332.3040

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

126..129

Page 126

1    in this world that they do have, poor people.
2    They don't have nobody to stop them. They
3    trying to make everybody pay for what somebody
4    done to them. Well, I better not say that.
5  Q   Okay. You said this is a picture of your den.
6      Is this the only part of the den that was
7      repaired, this wall I'm looking at right here,
8      Mrs. Thibodeaux?
9  A   It was all done.
10 Q   What do you mean all done?
11 A   The whole den. The whole den. They replaced it
12     with some new -- with some new -- I had paneling
13     in there and they -- they -- this is the new
14     paneling.
15 Q   Okay. So, they replaced the paneling in the
16     entire den?
17 A   I've got to speak to my son.
18     MR. SAVAGE:
19         All right. You going to take a break?
20     MS. JAYNES:
21         Wait, wait, wait, wait.
22     THE WITNESS:
23         It don't make no difference to me. This
24     ain't nothing to me but survival with State
25     Farm.

Page 127

1  (Witness and Mr. Savage exit conference room at 2:02)
2  (Back on record at 2:12)
3      MR. SAVAGE:
4          I've been advised by the personnel
5      downstairs that Mrs. Thibodeaux and her son
6      have left.
7      MS. JAYNES:
8          This is Megan Jaynes for State Farm.
9      it's 2:12 on February 29th. Counsel for
10     defense was in the middle of asking questions
11     to Mrs. Thibodeaux. She got up from her
12     chair and she, according to Mr. Savage, has
13     left the building. State Farm reserves its
14     right to, you know, continue the deposition
15     to ask any questions it has not yet asked
16     Mrs. Thibodeaux. Counsel will talk to
17     Mr. Savage about rescheduling. And, if his
18     client, you know, refuses to appear again,
19     this is Mrs. Thibodeaux, then we would seek,
20     you know, help from the Court to resolve.
21         Let it be known, too, that counsel was
22     suppose to depose her son, Stephen, after
23     Mrs. Thibodeaux's deposition, and he has not
24     yet appeared. So, his deposition will also
25     have to be taken by State Farm at a later

Page 128

1    date. I mean, Lantz, are you going to reach
2    out to her to get her to appear again?
3  MR. SAVAGE:
4        I mean, I'm going to talk to her and
5    find out where she's at on all this, you
6    know.
7  COURT REPORTER:
8        Are we still on the record?
9  MS. JAYNES:
10       Yeah.
11 MR. SAVAGE:
12       Yeah.
13 MS. JAYNES:
14       I mean, I'm just trying to figure out
15   what your position is, Lantz. I mean, State
16   Farm needs to ask more questions about these
17   repairs, about, you know, ALE, the Super 8.
18   I mean, we have a lot of stuff to cover. I
19   was --
20 MR. SAVAGE:
21       I mean, the proper person really is
22   Stephen Thibodeaux. Stephen Thibodeaux knows
23   all of this information, you know. He's
24   really the --
25 MS. JAYNES:

Page 129

1        I understand, but --
2  MR. SAVAGE:
3        -- appropriate person to start with and
4    go through everything, I mean, you know.
5  MS. JAYNES:
6        Right, but she is the plaintiff, and --
7  MR. SAVAGE:
8        This lady is 87 years old, and it's
9    been four hours now that, you know, y'all
10   have gone over things, the minutiae of it,
11   when Stephen Thibodeaux is really the right
12   person to do this. And, then you said at
13   the outset, well, you didn't want Stephen
14   in the room, and then you want to start with
15   Mrs. Thibodeaux when Mr. Thibodeaux could
16   have -- Stephen Thibodeaux could have given
17   you all the information you wanted, all the
18   information you needed. I mean, he's
19   really the person that's -- that knows it
20   all. I mean, if State Farm's position is
21   that, you know, he's just a -- just a
22   witness, a disinterested witness, then, you
23   know, y'all may have to issue a subpoena
24   for him.
25 MS. JAYNES:

Exhibit B

ELRINE THIBODEAUX on 02/29/2024

130..133

Page 130

1    So, being the plaintiff, you know, I
2    have -- I have a right to ask her questions
3    about what she knows. I understand your
4    position that Stephen handled the claim.
5    But, if she doesn't know the answer to
6    something, a simple I don't know would
7    suffice and not her berating me for asking
8    questions that she is not responding to.
9        And, so that's why between that and the
10   glitches we had, arguably, is why it was
11   taking longer than expected. But, I have
12   the right to ask her about what she knows
13   about the property; right? She did file a
14   lawsuit against State Farm. This is my one
15   chance, Lantz, and you know that. I mean,
16   I have to make sure. If she says she
17   doesn't know, she doesn't know, but she
18   didn't say that. She just berated me, and
19   you let her do it, right, which I don't
20   know if I agree with, but she went on and
21   on and on and on.
22       And so, now she's left and we still
23   have several questions to ask her. Knowing
24   that Stephen handled the majority of her
25   claim, that's fair. We were going to get

Page 131

1    there and ask him details about it. But,
2    we have the right to ask Mrs. Thibodeaux
3    what she knows and what her knowledge is of
4    the claim and post-claim repairs, and
5    that's what we were trying to get from her.
6    And, if she doesn't know, she doesn't know,
7    but I can ask her that, but I didn't get
8    responses. I got berated and then she
9    walked out.
10       So, we request that you reach out to
11   her so we can continue this deposition. We
12   request that you ask her to not be hostile
13   towards me, to let her know that I'm just
14   trying to do my job. I'm not trying to be
15   mean or rude as she was alleging. I'm not.
16   I mean, I'm just trying to get information
17   from her. And, I'm sorry she felt that way,
18   but we've got to get this done. We've got
19   to move forward, and then we'll have
20   Stephen's after that.
21       I mean, Stephen can't answer questions
22   on her behalf. So, if he's in the
23   deposition, she can't rely on him for
24   information. So, even if he was in the
25   deposition with her, it wouldn't have

Page 132

1    mattered, right, because he can't answer
2    questions directed towards her. So, let's
3    just get her to come back in on a date that
4    is convenient for both of us so we can just
5    get this moving and we can just move forward
6    with this case; okay?
7    MR. SAVAGE:
8        My position is, saying Stephen, is that
9    you could have gotten all the information
10   you needed from Stephen. It is very obvious
11   that this 87-year-old lady uses Stephen as
12   her security blanket. So, it would have
13   been nice if you would have let this
14   87-year-old woman have her adult son sit in
15   the room with her in order to make her at
16   least feel secure.
17       Mental anguish is a portion of our
18   claim. That was the best manifestation of
19   mental anguish I have seen in any of these
20   cases, so I like it. I am glad it was
21   there, and I'm going to use that because it
22   goes to show how State Farm's actions,
23   wrongful, horrible, just despicable actions
24   in denying these claims affect these people,
25   especially 87-year-old old ladies --

Page 133

1    MS. JAYNES:
2        Lantz, you don't have to yell at me.
3    MR. SAVAGE:
4        -- who are pushed to the limit by --
5    MS. JAYNES:
6        Please do not yell at me, Lantz.
7    MR. SAVAGE:
8        So, I like it. It is in the record.
9    And, you know, you kind of provoked her
10   enough to get what you wanted.
11   MS. JAYNES:
12       I didn't provoke her. I asked --
13   MR. SAVAGE:
14       So, I like it. It was good.
15   MS. JAYNES:
16       Lantz, why? Why are you yelling?
17   MR. SAVAGE:
18       Why are you yelling?
19   MS. JAYNES:
20       Why is that necessary?
21   MR. SAVAGE:
22       I thought that's a thing we were doing.
23   You started yelling so I thought I had to
24   start yelling. That's not a thing?
25   MS. JAYNES:

New Orleans 504.522.2101
Toll Free 800.526.8720
SerpasCourtReporting.com
North Shore 985.206.9303
Baton Rouge 225.332.3040
Exhibit B

ELRINE THIBODEAUX on 02/29/2024

134..136

Page 134

```
1          Lantz, I've never seen more
2     unprofessionalism from an attorney than you.
3          We'll go off the record.
4   (Deposition is concluded at 2:18)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
1               WITNESS CERTIFICATE

2

3

4          I, ELRINE THIBODEAUX, do hereby certify

5   that I have read or have had read to me the foregoing

6   transcript of my testimony given on February 29,

7   2024, and find same to be true and correct to the

8   best of my ability and understanding with the

9   exceptions noted on the amendment sheet;

10

11  CHECK ONE BOX BELOW:

12

13  (  ) Without correction.

14  (  ) With corrections, deletions, and/or additions as

15       reflected on the errata sheet attached hereto.

16

17

18     DATED this ____ day of _____,  2024.

19

20

21  _____

22  ELRINE THIBODEAUX

23

24

25
```

Page 136

```
1                    CERTIFICATE
2
3        This certification is valid only for a
    transcript accompanied by my original signature and
4   original required stamp on this page.
5        I, Cyndie L. McManus, Certified Court Reporter
    in and for the State of Louisiana, as the officer
6   before whom this testimony was taken, do hereby
    certify that Elrine Thibodeaux, after having been
7   duly sworn by me upon authority of R.S. 37:2554, did
    testify as hereinbefore set forth in the foregoing
8   135 pages; that this testimony was reported by me in
    the stenotype reporting method, was prepared and
9   transcribed by me, and is a true and correct
    transcript to the best of my ability and
10  understanding; that the transcript has been prepared
    in compliance with transcript format guidelines
11  required by statute or by rules of the Board; that I
    have acted in compliance with the prohibition on
12  contractual relationships as defined by Louisiana
    Code of Civil Procedure Article 1434 and in rules and
13  advisory opinions of the Board; that I am not related
    to counsel or to the parties herein, nor am I
14  otherwise interested in the outcome of this matter.
15       In witness whereof, I have hereto affixed my
    signature and certification stamp on this 13th day
16  of March, 2024.
17
18
19       _____
20
                     Cyndie L. McManus
21                Certified Court Reporter
                    State of LA #91137
22
23
24
25
```

New Orleans 504.522.2101
Toll Free 800.526.8720

SerpasCourtReporting.com

North Shore 985.206.9303
Baton Rouge 225.332.3040

Exhibit B